# DECLARATION OF JENNIFER NG

I, Jennifer Ng, hereby state and declare as follows:

1. I am an attorney in the Central District of California. I have been contracted by Attorney Steven Brody to assist in a paralegal capacity in the representation of Simon Chu in *United States v. Charley Loh and Simon Chu,* Case No. 19-CR-193-DSF.

2. Approximately six months ago, Mr. Brody asked me to obtain the contact information for prospective deponents Lam Hou Kong (a.k.a. "Larry Lam"), Ju Wenhong, Huang Hui, Zhang Guoqiang (a.k.a. "Gordon Zhang"), Dong Mingzhu (a.k.a. "Madam Dong"), He Tao, Zhou Yufei, Kevin Tsen, and Wang Bo. Based on my knowledge of the case, all but one of the prospective deponents currently or formerly work for Gree Zhuhai in China. The one exception is Kevin Tsen, who is an attorney that the defendants retained in 2012 to meet with Gree Zhuhai representatives.

3. I searched through numerous documents, including prior deposition and trial transcripts, in an effort to find identifying information for the prospective deponents. I isolated whatever information I could find, such as English aliases and Chinese names in traditional Chinese character format, simplified Chinese character format, and Pinyin. Where available, I also noted other identifying characteristics, including email addresses, dates of birth, Gree Zhuhai job titles, other current or prior professions, colleges attended, prior companies of employment, and identification or passport numbers.

4. Based on my findings, I then utilized multiple open source sites including, but not limited to, Google, LinkedIn, Gree Zhuhai's website[1] and affiliated websites, Yelp, Facebook, RocketReach, Bloomberg, and Instagram. Though some of the email addresses I located were approximately ten years old, I

---

[1] https://www.gree.cn

googled the email addresses to determine whether the addresses were in fact still valid or, if no longer valid, connected to more recent contact information. I also searched online for the potential deponents' names in Chinese characters, in both traditional and simplified forms, as well as the Pinyin spelling.

5. The following is a summary of my findings for the prospective deponents:

   a. <u>Zhang Guoqiang (a.k.a. "Gordon Zhang")</u>: I was unable to find an address, current email address, or phone number. I isolated what I believe to be Mr. Zhang's LinkedIn page, which did not include contact information. I discovered an email address of gordonzhang@gree.com.cn from approximately ten years ago. My search of that email address turned up no results. After the filing of the defendants' Motion for Foreign Depositions (Dkt 56) (hereinafter, "Defense Motion"), I am aware that Mr. Brody sent an email to that address, and the email "bounced," meaning the address was no longer valid or active.

   b. <u>He Tao</u> and <u>Zhou Yufei</u>: I was unable to find any contact information through my document review or online searching.

   c. <u>Huang Hui</u> and <u>Wang Bo</u>: I was able to locate email addresses associated with them from approximately ten years ago. These addresses are hh@gree.com.cn (for Huang Hui) and wangbo@gree.com.cn (for Wang Bo). My search of those email addresses yielded no results. After the filing of the Defense Motion, I am aware that Mr. Brody sent emails to those addresses, and the emails "bounced," meaning the addresses were no longer valid or active.

d. <u>Ju Wenhong</u>: I could only locate a passport number associated with Mr. Ju. I was unable to find any further contact information for this individual.

e. <u>Kevin Tsen</u>: I found a Yelp page that listed a Hong Kong address in both English and Chinese, and a phone number. I also found an old email kevin.tsen@mayerbrownjsm.com and an old phone number; both are at least ten years old and no longer appear to be active. Also, Mr. Tsen is no longer listed as an attorney on the Mayer Brown website.

f. <u>Dong Mingzhu (a.k.a. "Madam Dong")</u>: I located a LinkedIn page, which did not have contact information for her. I located an old email address dmz@gree.com.cn from at least ten years prior. Searches of this email address yielded three online postings in Chinese. Two of the postings[2] appeared to be the same interview of Madam Dong, conducted on or around February 17, 2012; the two postings did not contain any means of contact for Madam Dong. The third posting was a forum page[3] with a posting titled "Zhu Yunlai scolded Li Keqiang." This posting did not list a means of contacting Madam Dong and appears to have last been read around December 18, 2015. After the filing of the Defense Motion, I am aware that Mr. Brody sent an email to that address, and the email "bounced," meaning the address was no longer valid or active.

g. <u>Lam Hou Kong (a.k.a. "Larry Lam")</u>: I located a Hong Kong identification card number and an address from at least eight years

---

[2] http://finance.sina.com.cn/chanjing/cyxw/20120217/220711403232.shtml and http://www.enoya.com/stock-3840332-1-1.html

[3] https://bbs.aboluowang.com/home.php?mod=space&uid=269235&do=blog&id=26875&forcemobile=1

prior. I also isolated two email addresses from at least ten years prior, larry@gree.com.cn and larry@cn.gree.com; both appear to be inactive. After the filing of the Defense Motion, I am aware that Mr. Brody sent an email to that address, and the email "bounced," meaning the address was no longer valid or active.

I hereby state and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 12, 2022 in Pasadena, California.

           /s/
JENNIFER NG
Paralegal for SIMON CHU