Exhibit A

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Simon Chu ("Chu"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1.      DOJ is presently conducting an investigation of Chu related to allegations that Chu and entities for which Chu was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2.      Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3.      DOJ intends to afford Chu with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation.  Accordingly, DOJ and Chu agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including April 12, 2018 (the "Tolling Period") for the conduct described in Paragraphs One and Two.  The parties may extend this Tolling Period by subsequent written agreement.

4.      The parties agree that, for any time-related defense asserted by Chu to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5.      The Effective Date of this Agreement is January 12, 2018.

6.      Chu enters into this Agreement knowingly and voluntarily. Chu acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Chu, and Chu is not required to waive those benefits, and that Chu is doing so after consultation because Chu believes it is in his best interests to do so.

7.      Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Chu for violation of any federal law described in Paragraphs One and Two above.

1

8.      Chu also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to April 12, 2018.  Chu further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9.      The parties further acknowledge and agree that entering into this agreement does not constitute an admission by Chu of any wrongdoing.  Except as otherwise stated herein, including specifically in Paragraphs Three, Four and Six, this agreement may not be construed as a waiver of any other rights or defenses that Chu may have to any alleged criminal violations that may be under investigation by DOJ, or any other component of the United States Department of Justice, including any defense based upon the Government's failure to bring any charges against him before January 12, 2018.

10.     This writing contains the entire Agreement between DOJ and Chu concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Chu.

READ AND AGREED TO:


_____   Date: ___1_/_23_/_18____
**ALLAN GORDUS**
Senior Litigation Counsel
Consumer Protection Branch


_____   Date: ___1_/_23_/_18____
**JOSEPH JOHNS**        *by Allan Gordus*
Assistant United States Attorney
Central District of California


_____   Date: ___1.19.2018____
**MONA C. SOO HOO**
Law Office of Mona C. Soo Hoo
Counsel for Simon Chu


_____   Date: ___Jan 19, 2018____
**SIMON CHU**

2

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Simon Chu ("Chu"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1.      DOJ is presently conducting an investigation of Chu related to allegations that Chu and entities for which Chu was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2.      Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U,S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3.      DOJ intends to afford Chu with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation.  Accordingly, DOJ and Chu agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including June 30, 2018 (the "Tolling Period") for the conduct described in Paragraphs One and Two.  The parties may extend this Tolling Period by subsequent written agreement.

4.      The parties agree that, for any time-related defense asserted by Chu to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5.      The Effective Date of this Agreement is January 12, 2018.

6.      Chu enters into this Agreement knowingly and voluntarily. Chu acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Chu, and Chu is not required to waive those benefits, and that Chu is doing so after consultation because Chu believes it is in his best interests to do so.

7.      Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Chu for violation of any federal law described in Paragraphs One and Two above.

1

8.    Chu also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to June 30, 2018. Chu further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9.    The parties further acknowledge and agree that entering into this agreement does not constitute an admission by Chu of any wrongdoing. Except as otherwise stated herein, including specifically in Paragraphs Three, Four and Six, this agreement may not be construed as a waiver of any other rights or defenses that Chu may have to any alleged criminal violations that may be under investigation by DOJ, or any other component of the United States Department of Justice, including any defense based upon the Government's failure to bring any charges against him before January 12, 2018.

10.    This writing contains the entire Agreement between DOJ and Chu concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Chu.

READ AND AGREED TO:


ALLAN GORDUS                                          Date: 3/9/18
Senior Litigation Counsel
Consumer Protection Branch

JOSEPH JOHNS        by Allan Gordus        Date: 3/9/18
Assistant United States Attorney
Central District of California

MONA C. SOO HOO                              Date: 3.7.18
Law Office of Mona C. Soo Hoo
Counsel for Simon Chu

SIMON CHU                                          Date: 3/7/18

2

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Simon Chu ("Chu"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1.      DOJ is presently conducting an investigation of Chu related to allegations that Chu and entities for which Chu was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2.      Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3.      DOJ intends to afford Chu with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation. Accordingly, DOJ and Chu agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including August 31, 2018 (the "Tolling Period") for the conduct described in Paragraphs One and Two. The parties may extend this Tolling Period by subsequent written agreement.

4.      The parties agree that, for any time-related defense asserted by Chu to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5.      The Effective Date of this Agreement is January 12, 2018.

6.      Chu enters into this Agreement knowingly and voluntarily. Chu acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Chu, and Chu is not required to waive those benefits, and that Chu is doing so after consultation because Chu believes it is in his best interests to do so.

7.      Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Chu for violation of any federal law described in Paragraphs One and Two above.

1

8.      Chu also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to August 31, 2018. Chu further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9.      The parties further acknowledge and agree that entering into this agreement does not constitute an admission by Chu of any wrongdoing. Except as otherwise stated herein, including specifically in Paragraphs Three, Four and Six, this agreement may not be construed as a waiver of any other rights or defenses that Chu may have to any alleged criminal violations that may be under investigation by DOJ, or any other component of the United States Department of Justice, including any defense based upon the Government's failure to bring any charges against him before January 12, 2018.

10.     This writing contains the entire Agreement between DOJ and Chu concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Chu.

READ AND AGREED TO:


ALLAN GORDUS                                          Date: 6/18/18
Senior Litigation Counsel
Consumer Protection Branch


JOSEPH JOHNS         by Allan Gordus          Date: 6/18/18
Assistant United States Attorney
Central District of California


MONA C. SOO HOO                                       Date: 6.8.2018
Law Office of Mona C. Soo Hoo
Counsel for Simon Chu


SIMON CHU                                             Date: 6/8/18


2

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Simon Chu ("Chu"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1.    DOJ is presently conducting an investigation of Chu related to allegations that Chu and entities for which Chu was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2.    Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3.    DOJ intends to afford Chu with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation. Accordingly, DOJ and Chu agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including November 30, 2018 (the "Tolling Period") for the conduct described in Paragraphs One and Two. The parties may extend this Tolling Period by subsequent written agreement.

4.    The parties agree that, for any time-related defense asserted by Chu to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5.    The Effective Date of this Agreement is January 12, 2018.

6.    Chu enters into this Agreement knowingly and voluntarily. Chu acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Chu, and Chu is not required to waive those benefits, and that Chu is doing so after consultation because Chu believes it is in his best interests to do so.

7.    Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Chu for violation of any federal law described in Paragraphs One and Two above.

1

8.      Chu also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to November 30, 2018. Chu further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9.      The parties further acknowledge and agree that entering into this agreement does not constitute an admission by Chu of any wrongdoing. Except as otherwise stated herein, including specifically in Paragraphs Three, Four and Six, this agreement may not be construed as a waiver of any other rights or defenses that Chu may have to any alleged criminal violations that may be under investigation by DOJ, or any other component of the United States Department of Justice, including any defense based upon the Government's failure to bring any charges against him before January 12, 2018.

10.      This writing contains the entire Agreement between DOJ and Chu concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Chu.

READ AND AGREED TO:

Date: 8/9/18

ALLAN GORDUS
Senior Litigation Counsel
Consumer Protection Branch

Date: 8/9/18

JOSEPH JOHNS        by Allan Gordus
Assistant United States Attorney
Central District of California

Date: 8.7.2018

MONA C. SOO HOO
Law Office of Mona C. Soo Hoo
Counsel for Simon Chu

Date: 8/7/18

SIMON CHU

2

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Simon Chu ("Chu"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1.     DOJ is presently conducting an investigation of Chu related to allegations that Chu and entities for which Chu was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2.     Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3.     DOJ intends to afford Chu with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation. Accordingly, DOJ and Chu agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including January 31, 2019 (the "Tolling Period") for the conduct described in Paragraphs One and Two. The parties may extend this Tolling Period by subsequent written agreement.

4.     The parties agree that, for any time-related defense asserted by Chu to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5.     The Effective Date of this Agreement is January 12, 2018.

6.     Chu enters into this Agreement knowingly and voluntarily. Chu acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Chu, and Chu is not required to waive those benefits, and that Chu is doing so after consultation because Chu believes it is in his best interests to do so.

7.     Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Chu for violation of any federal law described in Paragraphs One and Two above.

1

8.      Chu also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to January 31, 2019.  Chu further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9.      The parties further acknowledge and agree that entering into this agreement does not constitute an admission by Chu of any wrongdoing.  Except as otherwise stated herein, including specifically in Paragraphs Three, Four and Six, this agreement may not be construed as a waiver of any other rights or defenses that Chu may have to any alleged criminal violations that may be under investigation by DOJ, or any other component of the United States Department of Justice, including any defense based upon the Government's failure to bring any charges against him before January 12, 2018.

10.     This writing contains the entire Agreement between DOJ and Chu concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Chu.

READ AND AGREED TO:


_____        Date: _11/16/18_____
ALLAN GORDUS
Senior Litigation Counsel
Consumer Protection Branch

_____        Date: _11/16/18_____
JOSEPH JOHNS   by Allan Gordus
Assistant United States Attorney
Central District of California

_____        Date: _11.13.18_____
MONA C. SOO HOO
Law Office of Mona C. Soo Hoo
Counsel for Simon Chu

_____        Date: _11/13/18_____
SIMON CHU


2

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Simon Chu ("Chu"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1.      DOJ is presently conducting an investigation of Chu related to allegations that Chu and entities for which Chu was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2.      Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3.      DOJ intends to afford Chu with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation.  Accordingly, DOJ and Chu agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including March 31, 2019 (the "Tolling Period") for the conduct described in Paragraphs One and Two.  The parties may extend this Tolling Period by subsequent written agreement.

4.      The parties agree that, for any time-related defense asserted by Chu to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5.      The Effective Date of this Agreement is January 12, 2018.

6.      Chu enters into this Agreement knowingly and voluntarily. Chu acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Chu, and Chu is not required to waive those benefits, and that Chu is doing so after consultation because Chu believes it is in his best interests to do so.

7.      Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Chu for violation of any federal law described in Paragraphs One and Two above.

8.    Chu also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to March 31, 2019.  Chu further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9.    The parties further acknowledge and agree that entering into this agreement does not constitute an admission by Chu of any wrongdoing.  Except as otherwise stated herein, including specifically in Paragraphs Three, Four and Six, this agreement may not be construed as a waiver of any other rights or defenses that Chu may have to any alleged criminal violations that may be under investigation by DOJ, or any other component of the United States Department of Justice, including any defense based upon the Government's failure to bring any charges against him before January 12, 2018.

10.    This writing contains the entire Agreement between DOJ and Chu concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Chu.

READ AND AGREED TO:


_____    Date: _____
ALLAN GORDUS
Senior Litigation Counsel
Consumer Protection Branch

_____    Date: _____
JOSEPH JOHNS    by Allan Gordus
Assistant United States Attorney
Central District of California

_____    Date: _____
MONA C. SOO HOO
Law Office of Mona C. Soo Hoo
Counsel for Simon Chu

_____    Date: _____
SIMON CHU


2