# Exhibit B

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Charley Loh ("Loh"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1. DOJ is presently conducting an investigation of Loh related to allegations that Loh and entities for which Loh was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2. Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3. DOJ intends to afford Loh with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation. Accordingly, DOJ and Loh agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including April 12, 2018 (the "Tolling Period") for the conduct described in Paragraphs One and Two. The parties may extend this Tolling Period by subsequent written agreement.

4. The parties agree that, for any time-related defense asserted by Loh to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5. The Effective Date of this Agreement is January 12, 2018.

6. Loh enters into this Agreement knowingly and voluntarily. Loh acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Loh, and Loh is not required to waive those benefits, and that Loh is doing so after consultation because Loh believes it is in his best interests to do so.

7. Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Loh for violation of any federal law described in Paragraphs One and Two above.

1

8.  Loh also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to April 12, 2018. Loh further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9.  This writing contains the entire Agreement between DOJ and Loh concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Loh.

READ AND AGREED TO:

*[signature]*             Date: 1/18/18
ALLAN GORDUS
Senior Litigation Counsel
Consumer Protection Branch

*[signature]*             Date: 1/18/18
JOSEPH JOHNS  by Allan Gordus
Assistant United States Attorney
Central District of California

*[signature]*             Date: 1/16/18
JOHN LITTRELL
Bienert, Miller & Katzman, PLC
Counsel for Charley Loh

*[signature]*             Date: 1/12/2018
CHARLEY LOH

2

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Charley Loh ("Loh"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1. DOJ is presently conducting an investigation of Loh related to allegations that Loh and entities for which Loh was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2. Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3. DOJ intends to afford Loh with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation. Accordingly, DOJ and Loh agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including June 30, 2018 (the "Tolling Period") for the conduct described in Paragraphs One and Two. The parties may extend this Tolling Period by subsequent written agreement.

4. The parties agree that, for any time-related defense asserted by Loh to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5. The Effective Date of this Agreement is January 12, 2018.

6. Loh enters into this Agreement knowingly and voluntarily. Loh acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Loh, and Loh is not required to waive those benefits, and that Loh is doing so after consultation because Loh believes it is in his best interests to do so.

7. Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Loh for violation of any federal law described in Paragraphs One and Two above.

8.  Loh also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to June 30, 2018. Loh further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9.  This writing contains the entire Agreement between DOJ and Loh concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Loh.

READ AND AGREED TO:

*[signature]* Date: 3/9/18
ALLAN GORDUS
Senior Litigation Counsel
Consumer Protection Branch

*[signature]* by Allan Gordus Date: 3/9/18
JOSEPH JOHNS
Assistant United States Attorney
Central District of California

*[signature]* Date: 3/7/18
JOHN LITTRELL
Bienert, Miller & Katzman, PLC
Counsel for Charley Loh

*[signature]* Date: 3/7/2018
CHARLEY LOH

2

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Charley Loh ("Loh"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1.   DOJ is presently conducting an investigation of Loh related to allegations that Loh and entities for which Loh was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2.   Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3.   DOJ intends to afford Loh with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation. Accordingly, DOJ and Loh agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including August 31, 2018 (the "Tolling Period") for the conduct described in Paragraphs One and Two. The parties may extend this Tolling Period by subsequent written agreement.

4.   The parties agree that, for any time-related defense asserted by Loh to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5.   The Effective Date of this Agreement is January 12, 2018.

6.   Loh enters into this Agreement knowingly and voluntarily. Loh acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Loh, and Loh is not required to waive those benefits, and that Loh is doing so after consultation because Loh believes it is in his best interests to do so.

7.   Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Loh for violation of any federal law described in Paragraphs One and Two above.

1

8.  Loh also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to August 31, 2018. Loh further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9.  This writing contains the entire Agreement between DOJ and Loh concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Loh.

READ AND AGREED TO:

_____  Date: 6/11/18
ALLAN GORDUS
Senior Litigation Counsel
Consumer Protection Branch

_____  Date: 6/11/18
JOSEPH JOHNS  by Allan Gordus
Assistant United States Attorney
Central District of California

_____  Date: June 7, 2018
JOHN LITTRELL
Bienert, Miller & Katzman, PLC
Counsel for Charley Loh

_____  Date: 6/7/2018
CHARLEY LOH

2

# STATUTE OF LIMITATIONS
# TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Charley Loh ("Loh"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1. DOJ is presently conducting an investigation of Loh related to allegations that Loh and entities for which Loh was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2. Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3. DOJ intends to afford Loh with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation. Accordingly, DOJ and Loh agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including October 31, 2018 (the "Tolling Period") for the conduct described in Paragraphs One and Two. The parties may extend this Tolling Period by subsequent written agreement.

4. The parties agree that, for any time-related defense asserted by Loh to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5. The Effective Date of this Agreement is January 12, 2018.

6. Loh enters into this Agreement knowingly and voluntarily. Loh acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Loh, and Loh is not required to waive those benefits, and that Loh is doing so after consultation because Loh believes it is in his best interests to do so.

7. Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Loh for violation of any federal law described in Paragraphs One and Two above.

1

8.  Loh also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to October 31, 2018. Loh further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9.  This writing contains the entire Agreement between DOJ and Loh concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Loh.

READ AND AGREED TO:

_[signature]_ Date: 8/9/18
ALLAN GORDUS
Senior Litigation Counsel
Consumer Protection Branch

_[signature]_ by Allan Gordus Date: 8/9/18
JOSEPH JOHNS
Assistant United States Attorney
Central District of California

_[signature]_ Date: August 8, 2018
JOHN LITTRELL
Bienert, Miller & Katzman, PLC
Counsel for Charley Loh

_[signature]_ Date: 8/8/2018
CHARLEY LOH

2

# STATUTE OF LIMITATIONS
# TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Charley Loh ("Loh"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1. DOJ is presently conducting an investigation of Loh related to allegations that Loh and entities for which Loh was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2. Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3. DOJ intends to afford Loh with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation. Accordingly, DOJ and Loh agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including December 31, 2018 (the "Tolling Period") for the conduct described in Paragraphs One and Two. The parties may extend this Tolling Period by subsequent written agreement.

4. The parties agree that, for any time-related defense asserted by Loh to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5. The Effective Date of this Agreement is January 12, 2018.

6. Loh enters into this Agreement knowingly and voluntarily. Loh acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Loh, and Loh is not required to waive those benefits, and that Loh is doing so after consultation because Loh believes it is in his best interests to do so.

7. Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Loh for violation of any federal law described in Paragraphs One and Two above.

1

8. Loh also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to December 31, 2018. Loh further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9. This writing contains the entire Agreement between DOJ and Loh concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Loh.

READ AND AGREED TO:

_[signature]_  Date: 10/9/18
ALLAN GORDUS
Senior Litigation Counsel
Consumer Protection Branch

_[signature] by Allan Gordus_  Date: 10/9/18
JOSEPH JOHNS
Assistant United States Attorney
Central District of California

_[signature]_  Date: 10/4/18
JOHN LITTRELL
Bienert, Miller & Katzman, PLC
Counsel for Charley Loh

_[signature]_  Date: 10/4/2018
CHARLEY LOH

2

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Charley Loh ("Loh"), and the United States of America, by and through its counsel, the U.S. Department of Justice Consumer Protection Branch and the United States Attorney's Office for the Central District of California (collectively "DOJ"), with respect to DOJ's investigation concerning Gree dehumidifiers, as described more fully below.

1. DOJ is presently conducting an investigation of Loh related to allegations that Loh and entities for which Loh was an officer, employee, or agent may have violated various federal criminal statutes in connection with the manufacture, marketing, sale, and distribution of Gree dehumidifiers.

2. Such violations of federal law may include, but are not necessarily limited to, violations of 18 U.S.C. §§ 1341, 1343 (mail and wire fraud), 18 U.S.C. § 545 (importation of goods contrary to law), and 15 U.S.C. § 2068 (Consumer Product Safety Act) in connection with the manufacture, marketing, sale and distribution of Gree dehumidifiers.

3. DOJ intends to afford Loh with the fullest opportunity to provide information to DOJ that is relevant to matters relating to that investigation. Accordingly, DOJ and Loh agree, as set forth in this Agreement, to toll the applicable statutes of limitations for the offenses described in Paragraphs One and Two for the time period from the Effective Date of this Agreement through and including February 28, 2019 (the "Tolling Period") for the conduct described in Paragraphs One and Two. The parties may extend this Tolling Period by subsequent written agreement.

4. The parties agree that, for any time-related defense asserted by Loh to any action by DOJ for the offenses described in Paragraphs One and Two, the Tolling Period shall be excluded from the computation of time.

5. The Effective Date of this Agreement is January 12, 2018.

6. Loh enters into this Agreement knowingly and voluntarily. Loh acknowledges that the statute of limitations and United States Constitution regarding prejudicial pre-indictment delay confers benefits on Loh, and Loh is not required to waive those benefits, and that Loh is doing so after consultation because Loh believes it is in his best interests to do so.

7. Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of DOJ, or of any other component of the United States Department of Justice, to bring criminal charges against Loh for violation of any federal law described in Paragraphs One and Two above.

1

8. Loh also acknowledges his understanding that he may be charged with any violation of any federal law described in Paragraphs One and Two above and/or any other offenses or violations at any time prior to February 28, 2019. Loh further acknowledges his understanding that he may be charged with any offenses or violations not specifically described in Paragraphs One and Two above, at any time during the relevant statute of limitations period.

9. This writing contains the entire Agreement between DOJ and Loh concerning the statutes of limitations with respect to these matters and can be modified or supplemented only by means of a writing signed by DOJ and Loh.

READ AND AGREED TO:

_____  Date: 12/7/18
ALLAN GORDUS
Senior Litigation Counsel
Consumer Protection Branch

_____  Date: 12/7/18
JOSEPH JOHNS / by Allan Gordus
Assistant United States Attorney
Central District of California

_____  Date: 12/6/18
JOHN LITTRELL
Bienert, Miller & Katzman, PLC
Counsel for Charley Loh

_____  Date: 12/5/2018
CHARLEY LOH

2