**EXHIBIT A**

EXHIBIT A

| Date | Failure to Report Violations |
|---|---|
| 1/30/2013 | Whalen Furniture Manufacturing agreed to pay a civil penalty of $725,000 for failing to report a defect involving two models of its boat-style children's beds that included a toy chest with a 20 lb. lid. The lid supports on the toy chests failed to prevent the lid from closing too quickly, posing an entrapment and strangulation hazard to young children. **In November 2007, Whalen learned that a 22-month-old boy died after the lid fell on the back of his head, entrapping his neck on the edge of the toy chest. Even still, the firm failed to report the death or hazard to CPSC until March 2008, and only after being contacted by agency staff and directed to do so.** Whalen sold the defective beds between January 2006 and May 2008. https://www.cpsc.gov/Newsroom/News-Releases/2013/Whalen-Furniture-to-Pay-725000-Civil-Penalty-for-Failing-to-Report-Defective-Childrens-Beds |
| 3/11/2013 | Kolcraft Enterprises agreed to pay a civil penalty in the amount of $400,000 for failing to report a defect involving Kolcraft Traveling' Tot play yards and play yards. The side rail of the play yards failed to latch properly and could unlatch unexpectedly when a child pushes against it, posing a fall hazard to children.  From January 2000 through July 2009, Kolcraft received about 350 reports of the play yard collapsing, resulting in 21 injuries to young children, including bumps, scrapes, bruises, and one concussion.  Kolcraft failed to report the defect to CPSC until January 2009. https://www.cpsc.gov/Newsroom/News-Releases/2013/Kolcraft-Agrees-to-400000-Civil-Penalty-for-Failure-to-Report-Defective-Play-Yards |

EXHIBIT A                              1 of 15

| Date | Failure to Report Violations |
|---|---|
| 5/6/2013 | Williams-Sonoma agreed to pay a $987,500 civil penalty for failing to report a defect involving Pottery Barn wooden hammock stands. The wood in the hammock stands deteriorated over time and broke. Because the deterioration occurred inside the metal bracket and was hidden from view, there was no outward indication that the wood was rotting until a consumer sat in the hammock and the beams broke. Williams-Sonoma knew of 45 incidents involving the hammocks, including 12 reports of injuries requiring medical attention for lacerations, neck and back pain, bruising, and one incident involving fractured ribs. Williams-Sonoma imported the wooden hammock stands between March 2003 and July 2008. https://www.cpsc.gov/Newsroom/News-Releases/2013/Williams-Sonoma-Agrees-to-987500-Civil-Penalty-Significant-Internal-Compliance-Improvements-for-Failure-to-Report-Defective-Pottery-Barn-Wooden-Hammock-Stands |
| 4/8/2014 | Forman Mills agreed to pay a $600,000 civil penalty because, for two and one-half years, they failed to report that the firm sold or held for sale to consumers about 2,100 children's upper outerwear garments with drawstrings. Although there were no reported injuries, Forman Mills distribution of the garments occurred during the same period that the CPSC was investigating it for failing to report the sales of outerwear drawstring garments. That matter was resolved in 2009 with the company paying a $35,000 civil penalty. https://www.cpsc.gov/Newsroom/News-Releases/2014/Forman-Mills-Agrees-to-Pay-600000-Civil-Penalty |

| Date | Failure to Report Violations |
|---|---|
| 5/19/2014 | Electrolux Home Products agreed to pay a civil penalty of $750,000 for failing to report defects in a wall oven sold to consumers. **Electrolux was area that gas built up in the ovens during broiling, resulting in the oven igniting and causing burn and fire hazards to consumers.** Electrolux imported and distributed approximately 7,800 of the defective ovens that were sold by Sears and other stores throughout the United States. https://www.cpsc.gov/Newsroom/News-Releases/2014/Electrolux-Agrees-to-Pay-750000-Civil-Penalty-for-Delay-in-Reporting |
| 6/6/2014 | Cinmar agreed to pay a $3.1 million civil penalty for failing to report a defect involving foldaway two-and three-step ladders, which break unexpectedly.  Cinmar began selling the ladders nationwide in November 2005 but did not file its report with CPSC for five years, until July 29, 2010.  By that time, more than 1,200 consumers had returned their ladders to Cinmar, most citing breakage, and others citing cosmetic problems.  Additionally, by that time, Cinmar had received notice of at least two dozen injuries, one requiring surgery and another necessitating hospitalization. https://www.cpsc.gov/Newsroom/News-Releases/2014/Cinmar-Agrees-to-Civil-Penalty |

| Date | Failure to Report Violations |
|---|---|
| 6/21/2014 | Ross Stores agreed to pay a $3.9 million civil penalty because, for three years (January 2009 to February 2012), Ross failed to report that it sold or held for sale about 23,000 children's upper outerwear garments with drawstrings at the neck or waist, which pose a risk of strangulation. Although there were no reported injuries, Ross's distribution of the garments occurred during the same period that the CPSC was investigating it for failing to report the sales of outerwear drawstring garments distributed between 2006 and 2008. That matter was resolved in 2009 with Ross paying a $500,000 civil penalty. https://www.cpsc.gov/Newsroom/News-Releases/2013/Ross-Stores-Agrees-to-39-Million-Civil-Penalty-Internal-Compliance-Improvements-for-Failure-to-Report-Drawstrings-in-Childrens-Upper-Outerwear |
| 7/3/2014 | HMI Industries agreed to pay a $725,000 civil penalty for failing to report a defect involving Majestic 360 floor cleaners. The floor cleaners' wiring overheated, causing electrical arcing and melting, and posing a burn hazard. HMI sold the floor cleaners nationwide from September 2004 through August 2006 but did not file its report with CPSC for two and one-half years, until February 2009. By that time, the firm had received approximately 2,000 reports of arcing, 120 consumer reports of overheating and property damage, and injuries to two consumers. However, HMI told CPSC staff that the firm knew of only 40 consumer complaints of overheating and damage to carpets, with no reports of injury. https://www.cpsc.gov/Newsroom/News-Releases/2014/HMI-Industries-Agrees-to-725000-Civil-Penalty-Internal-Compliance-Improvements-for-Failure-to-Report-Defective-Floor-Cleaners |

| Date | Failure to Report Violations |
|---|---|
| 10/28/2014 | Baja Inc., and its corporate affiliate, One World Technologies Inc., agreed to pay a $4.3 million civil penalty for failing to report defects and an unreasonable risk of serious injury involving 11 models of minibikes and go-carts.  The gas caps leaked or detached from the fuel tank on the minibikes and go-carts, posing fire and burn hazards.  In addition, the throttle stuck, due to an improperly positioned fuel line and throttle cable, posing a sudden acceleration hazard. **Baja began selling the vehicles nationwide in November 2004 but did not file its report with CPSC for six years, until June 2010.  By that time, Baja had received four reports of fires from leaking gas caps and burn injuries to consumers, including a serious burn injury to a child, and two dozen reports of stuck throttles**. https://www.cpsc.gov/Newsroom/News-Releases/2015/Baja-and-One-World-Technologies-Agree-to-4300000-Civil-Penalty |
| 10/30/2014 | Williams-Sonoma, which is already listed above for a failure to report violation, agreed to pay a $700,000 civil penalty for failing to report a defect involving Pottery Barn Kids Roman shades with exposed inner cords that posed a strangulation hazard to young children. Williams-Sonoma began selling the shades nationwide in January 2003 but did not file its report with CPSC until November 2007.  By that time, seven consumers had reported that children had become entangled on the inner cords of the shades. https://www.cpsc.gov/Newsroom/News-Releases/2015/Williams-Sonoma-Agrees-to-Pay-700000-Civil-Penalty-for-Failure-to-Report-Defective-Pottery-Barn-Kids-Roman-Shades |

| Date | Failure to Report Violations |
|---|---|
| 1/5/2015 | Gerber Legendary Blades agreed to pay a $2.6 million civil penalty for failing to report a defect and unreasonable risk of serious injury involving the Gerber Gator Combo Axe. The knife in the axe handle dislodged from the handle when the axe was used for chopping or hammering. Beginning in 2005, the company began receiving reports of laceration injuries caused by the axe, including serious injuries requiring surgery. https://www.cpsc.gov/Newsroom/News-Releases/2015/Gerber-Legendary-Blades-Division-of-Fiskars-Brands-Inc-Agrees-to-26-Million-Civil-Penalty |
| 2/19/2015 | General Electric agreed to pay a $3.5 million civil penalty for failing to report an unreasonable risk of serious injury concerning two models of Profile freestanding dual-fuel ranges and various models of Profile and Monogram dishwashers. The connector in the range's wire harness overheated, posing fire and burn hazards. GE began selling the ranges nationwide in June 2002 but did not report the hazards with the ranges to CPSC until February 2009. By then, GE had received 13 reports of harness and wiring overheating in the back of the range, including five fires. The dishwashers short circuited from condensation building up on the control board, posing fire and burn hazards. GE began selling the dishwashers nationwide in July 2003 but did not report the hazard to CPSC until September 2010. By then, GE had received several reports of fires that had occurred due to overheated control panels, including a report received in 2007, and the company had paid out settlements to consumers based on these reports. https://www.cpsc.gov/Newsroom/News-Releases/2015/General-Electric-Agrees-to-35-Million-Dollar-Civil-Penalty |

| Date | Failure to Report Violations |
|---|---|
| 4/29/2015 | Black & Decker agreed to pay a civil penalty of $1.575 million for failing to report a defect in its cordless electric lawnmowers that started spontaneously and continued to operate after consumers released the lawnmower handles and removed the safety keys. ***This was Black & Decker's fifth civil penalty since 1986 for failing to report safety defects.*** **Black & Decker began selling the cordless lawnmowers in 1995, and in 1998 began receiving complaints that the lawnmowers would not turn off even after consumers released the handle and removed the safety key. Black & Decker also received more than 100 complaints that the lawnmowers would restart spontaneously after the lawnmower's handle was released and the safety key removed. In 2003, a man cleaning the blades of a lawnmower with the safety key removed cut his hand when the mower started on its own. In 2006, another consumer receiving injuries to his hand while cleaning the blades when the lawnmower started unexpectedly; the lawnmower continued to run for several hours while the consumer sought treatment in a hospital emergency room, and after fire department personnel arrived and removed the blade. Black & Decker hired an outside expert in 2004, who identified the defect that caused the lawnmowers to continue to run. Despite knowing about the defect and the reported injuries, Black & Decker did not report the hazards to CPSC for many years, until 2009.** |
| 5/27/2015 | Office Depot agreed to pay a $3.4 million civil penalty for failing to report defects and an unreasonable risk of serious injury concerning two models of office chairs. The seatbacks of both models failed, resulting in multiple back and other injuries. **Office Depot received dozens of reports of seatback failures and related injuries involving both the chairs. By the time Office Depot filed its report with CPSC, it had received 186 reports of seatback detachment from the chairs, and 39 reports of injuries, some requiring medical attention**. https://www.cpsc.gov/Newsroom/News-Releases/2015/Office-Depot-Agrees-to-Pay-34-Million-Dollar-Civil-Penalty |

| Date | Failure to Report Violations |
|---|---|
| 7/22/2015 | LG Electronics agreed to pay the maximum $1,825,000 civil penalty for failing to report a defect and an unreasonable risk of serious injury with several models of dehumidifiers. **Fires caused by the defective dehumidifiers resulted in millions of dollars of property damage. Due to a defective fan, the dehumidifiers overheated, smoked, melted or caught fire, posing fire and burn hazards to consumers. Starting in 2003, LG received dozens of reports of the dehumidifiers catching fire and causing extensive property damage to consumers' homes. By the time the dehumidifiers were recalled in 2012, LG was aware of 107 reports of incidents, with more than $7 million in property damage and three reports of smoke inhalation.** https://www.cpsc.gov/Newsroom/News-Releases/2015/Appliance-Manufacturer-LG-Agrees-to-Pay-Maximum-1825-Million-Civil-Penalty-for-Failure-to-Report-Defective-Dehumidifiers |
| 8/14/2015 | Johnson Health Tech agreed to pay a $3 million civil penalty for failing to a defect and an unreasonable risk of serious injury with Matrix Fitness Ascent Trainers and Elliptical Trainers. The fitness trainers' defect involved a build-up of moisture in the power sockets of the units from perspiration or cleaning liquids, which caused the machines to short circuit. Over a 13-month period, between March 2012 and October 2013, Johnson Health Tech received multiple reports of smoking, sparking or melted power components and reports of fires involving the trainers. https://www.cpsc.gov/Newsroom/News-Releases/2015/Johnson-Health-Tech-Agrees-to-Pay-3-Million-Civil-Penalty-for-Failure-to-Report-Defective-Fitness-Equipment |

| Date | Failure to Report Violations |
|---|---|
| 9/10/2015 | phil&teds has agreed to a $3.5 million civil penalty for failing to a defect and unreasonable risk of serious injury concerning their MeToo high chair, and made material misrepresentations to CPSC staff during the investigation of the high chair. .The clamps of the highchairs detached from the table and caused children to fall to the ground. When only one side of the highchair detached, the child's fingers became crushed between the bar and the clamping mechanism, resulting in amputation. Between September 2009 and October 2010, phil&teds USA received multiple reports of one or both sides of the highchair detaching, including two incidents where children's fingertips were amputated. phil&teds finally reported the chair to CPSC several months later, in January 2011, but failed to disclose that the highchair posed an amputation hazard and withheld from CPSC staff that the sample highchair provided for analysis had been redesigned and was not the "representative sample" characterized by phil&teds. https://www.cpsc.gov/Newsroom/News-Releases/2015/phil-and-teds-Agrees-to-Pay-3-Point-5-Million-Dollar-Civil-Penalty-for-Failure-to-Report-Defective-Clip-On-High-Chairs |
| 12/26/2015 | Philips Lighting agreed to pay a $2 million civil penalty for failing to report a defect and unreasonable risk of serious injury with EnergySaver (a/k/a/ "Marathon" or "Marathon Classic") compact fluorescent lamps. The incidents resulted in 10 reports of lacerations and seven reports of property damage. After numerous complaints about glass separating from the body of the lamps and striking people and objects, and attempting multiple design changes to fix the problem, Philips failed to report the matter to CPSC. https://www.cpsc.gov/Newsroom/News-Releases/2016/Philips-Lighting-North- |

EXHIBIT A                              9 of 15

| Date | Failure to Report Violations |
|---|---|
| 3/25/2016 | Gree Electric Appliances of Zhuhai, Hong Kong Gree Electric Appliances Sales, and Gree USA agreed to pay a $15.45 million civil penalty for failing to report a defect and unreasonable risk of serious injury with dehumidifiers sold under 13 different brand names, including Frigidaire, GE, Gree, Kenmore and Soleus Air, as required by federal law, knowingly making misrepresentations to CPSC staff during its investigation, and selling dehumidifiers bearing the UL safety certification mark knowing that the dehumidifiers did not meet UL flammability standards. Gree's dehumidifiers had a defect that caused the machines to overheat and catch fire. Despite Gree receiving multiple reports of incidents, and despite making design changes to fix the problem, Gree failed to report the defect to CPSC immediately. Gree also failed to report the incidents or the design changes to CPSC immediately. These incidents began in July 2012 and caused nearly $4.5 million in property damage. https://www.cpsc.gov/Newsroom/News-Releases/2016/Gree-Agrees-to-Pay-Record-1545-Million-Civil-Penalty-Improve-Internal-Compliance-for-Failure-to-Report-Defective-Dehumidifiers |
| 6/1/2016 | Teavana agreed to pay a $3.75 million civil penalty for failing to report a defect that could create a substantial product hazard or that its tea tumblers created an unreasonable risk of serious injury. **After receiving numerous complaints about the tea tumblers unexpectedly exploding, shattering or breaking during normal use, including six reports of injuries to consumers who suffered cuts to their fingers or legs by broken glass or burns from hot liquid, Teavana failed to immediately report the matter to CPSC.** https://www.cpsc.gov/Newsroom/News-Releases/2016/Teavana-Agrees-to-Pay-375-Million-Civil-Penalty-for-Failure-to-Report-Hazardous-Tea-Tumblers |

| Date | Failure to Report Violations |
|---|---|
| 6/7/2016 | Sunbeam Products agreed to pay a $4.5 million civil penalty for failing to report that its Mr. Coffee Single Cup Brewing System coffeemakers were defective and posed an unreasonable risk of serious injury or death to consumers. Between 2011 and 2012, the company received numerous complaints, including at least 32 reports of burn injuries, from the coffeemakers' brewing chamber opening and spraying hot water and coffee grounds toward consumers during normal use. The company failed to report this issue to CPSC. https://www.cpsc.gov/Newsroom/News-Releases/2016/Jarden-Consumer-Solutions-Agrees-to-Pay-45-Million-Civil-Penalty-for-Failure-to-Report-Defective-Single-Cup-Coffeemakers |
| 9/8/2016 | Goodman Company agreed to pay a $5.55 million civil penalty for failing to report and misrepresentation in reporting a fire hazard associated with air conditioners and heaters. After receiving numerous reports about the PTACs catching fire, smoking and overheating, including three reports of hotel fires, Goodman delayed reporting the fire hazard to CPSC for about two years. When it ultimately reported, Goodman identified only three reports of overheating, even though it had received additional reports of overheating and fires. After reporting to CPSC, Goodman learned of additional fires involving the PTACs, but failed to report them. The firm withheld notifying the government of six additional incidents. https://www.cpsc.gov/Newsroom/News-Releases/2016/Goodman-Co-Agrees-to-Pay-555-Million-for-Delay-and-Misrepresentation-in-Reporting-Fire-Hazard-Involving-Air-ConditionersHeaters |

| Date | Failure to Report Violations |
|---|---|
| 11/14/2016 | PetSmart agreed to pay a $4.25 million civil penalty for failing to report that "Great Choice" and "Top Fin" fish bowls contained a defect created a substantial product hazard or unreasonable risk of serious injury, and misrepresented the scope of the products that were subject to a recall. **Between August 2011 and January 2014, PetSmart received at least 19 reports of fishbowls cracking, breaking, or shattering during normal use, resulting in serious injuries to consumers in at least 12 cases. The injuries included deep lacerations requiring stitches and severed tendons that required surgery. During CPSC's investigation, PetSmart failed to identify the correct amount and distribution dates of the fishbowls that posed a laceration hazard to consumers. Consequently, the recall announced in April 2014, involving 10,200 fish bowls sold from February 2013 to September 2013, had to be reannounced and expanded in 2015. PetSmart failed to identify 81,300 additional fish bowls sold before February 2013 that posed the same hazard, requiring the expansion of the recall in November 2015.** https://www.cpsc.gov/content/petsmart-agrees-to-pay-425-million-civil-penalty-compliance-improvements |
| 2/21/2017 | Keurig Green Mountain agreed to pay a $5.8 million civil penalty for failing to report a defect and unreasonable risk of serious injury with Keurig MINI Plus Brewing Systems. Between 2010 and 2014, Keurig received about 200 reports of hot water, coffee, and coffee grounds spraying out of the brewers. In more than 100 of these incidents, consumers suffered burn-related injuries to their faces, hands, and bodies, including second and third-degree burns. https://www.cpsc.gov/Keurig-Green-Mountain-Agrees-to-Pay-5-Point-8-Million-Civil-Penalty |

| Date | Failure to Report Violations |
|---|---|
| 4/13/2017 | Viking Range agreed to pay a $4.65 million civil penalty for failing to report that its gas ranges contained a defect that created a substantial product hazard and unreasonable risk of serious injury. Between 2008 and 2014, Viking received 170 incident reports of ranges that had turned on spontaneously and could not be turned off using the control knobs, resulting in extreme surface temperatures that posed a burn hazard to consumers. The reported incidents included two consumers who were unable to turn off the range using the controls and were burned while attempting to disconnect the power source. Viking also received five reports that the ranges had turned on spontaneously and caused property damage to the area surrounding the range. Several consumers called 911 for assistance when they discovered that the ranges had turned on spontaneously and could not be turned off or disconnected. https://www.cpsc.gov/Viking-Range-Agrees-to-Pay-465-Million-Civil-Penalty |
| 2/11/2021 | Cybex International agreed to pay a $7.95 million civil penalty for failing to report that its Arm Curl and Smith Press Machines contained a defect or unreasonable risk of serious injury. Cybex knew that a weld on its Arm Curl Machines could fatigue and fail, causing the handle to separate unexpectedly and strike the user in the face. Cybex received 85 reports of broken handles, including reports of serious injuries and one report of permanent vision loss. Cybex also knew that the weight bar on its Smith Press Machines could fall, posing serious impact injury hazards to the user. Cybex received 27 reports of injuries associated with the Smith Press Machine, including reports of paralysis and spinal fracture. https://www.cpsc.gov/Newsroom/News-Releases/2021/Cybex-Agrees-to-Pay-7-95-Million-Civil-Penalty-for-Failure-to-Report-Serious-Injuries-Involving-its-Exercise-Equipment |

| | |
|---|---|
| 1/31/22 | Core Health and Fitness LLC agreed to pay a $6.5 million civil penalty for failing to report that its Cable Cross Over Machines and Dual Adjustable Pulley Machines contained a defect or unreasonable risk of serious injury. Core knew that the height adjusting carriages on the machines could loosen and fall.  Core received reports of 55 incidents involving falling carriages, including 11 incidents that resulted in head lacerations requiring stitches or staples.  https://www.cpsc.gov/Newsroom/News-Releases/2022/Core-Agrees-to-Pay-6-5-Million-Civil-Penalty-for-Failure-to-Report-Serious-Injuries-Involving-its-Exercise-Equipment |
| 7/7/22 | Vornado Air LLC agreed to pay a $7.5 million civil penalty for failing to report that its electric space heater contained a defect or unreasonable risk of serious injury.  Vornado investigated multiple reports of fires caused by the space heater, but the firm did not notify CPSC of the defect or risk until a 90-year-old man died in a fire involving a Vornado space heater.  In 2008, the Vornado Trust paid a $500,000 civil penalty to CPSC on behalf of Vornado's predecessor, Vornado Air Circulation Systems Inc., after it failed to immediately report overheating and fire incidents involving space heaters between 1993 and 2004. https://www.cpsc.gov/Newsroom/News-Releases/2022/Vornado-Agrees-to-Pay-7-5-Million-Civil-Penalty-for-Failure-to-Immediately-Report-Space-Heaters-Posing-a-Fire-Hazard |

| | |
|---|---|
| 9/14/22 | Clawfoot Supply LLC agreed to pay a $6 million civil penalty for failing to report that its shower seats contained a defect or unreasonable risk of serious injury.  Between 2011 and 2018, Clawfoot Supply received multiple reports of corrosion and breakage with the shower seat, including reports of consumers who were injured when the shower seat failed while they were sitting on it. Despite possessing this information, Clawfoot Supply did not file a defective product report with the CPSC until July 2018.  https://www.cpsc.gov/Newsroom/News-Releases/2022/Clawfoot-Supply-Agrees-to-Pay-6-Million-Civil-Penalty-for-Failure-to-Immediately-Report-Shower-Seats-Posing-Fall-and-Laceration-Hazards |
| 1/5/2023 | Peloton agreed to pay a $19 million civil penalty for failing to report that its Tread+ Treadmill contained a defect or unreasonable risk of serious injury.  Peloton knowingly failed to report that its treadmill pulled under and entrapped in the rear of the treadmills.  Beginning in December 2018, Peloton received over 150 reports of people, pets and/or objects being pulled under the treadmills, including the death of a child and 13 injuries, including broken bones, laceration, abrasions and friction burns. After CPSC announced a recall of the treadmills, Peloton knowingly distributed in commerce 38 recalled treadmills. https://www.cpsc.gov/Newsroom/News-Releases/2023/Peloton-Agrees-to-Pay-19-Million-Civil-Penalty-for-Failure-to-Immediately-Report-Tread-Treadmill-Entrapment-Hazards-and-for-Distributing-Recalled-Treadmills |