# EXHIBIT C

Simon Chu

From: CALLOH@aol.com
Sent: Fri 9/14/2012 5:12 PM (GMT-00:00)
To: Simon Chu
Cc:
Bcc:
Subject: Fwd: hh@gree.com.cn
Attachments: RECALL_HANDBOOK.pdf

---

From: calloh@aol.com
To: larry@gree.com.cn
Sent: 9/13/2012 8:46:52 P.M. Pacific Daylight Time
Subj: hh@gree.com.cn

Dear Larry,
Attached please find the reply for Mr. Huang and let me know if you need further information. The CPSC recall handbook is also attached.
Thanks.
Charley

尊敬的黄总：

根据您的旨意，
我们就关于召回除湿机有可能造成的直接经济损失和市场地位的影响做如下的分析：

产品召回

　　产品召回在美国有两种方式：

1) 勒令召回：

　　当美国产品安全局(CPSC)发现某产品有潜在不安全性，会对消费者的生命和财产造成威胁，而该产品的生产商、进口商、批发商或零售商不愿自愿召回该产品时；或生产商、进口商、批发商或零售商不积极配合美国产品安全局对该产品安全性所做的调查；
　　或生产商、进口商、批发商或零售商蓄意隐瞒该产品的不安全事故，美国产品安全局有权对该产进行勒令召回。勒令召回涉及范围广泛，通常波及整个产品系列，因此召回成本高昂。因勒令召回影射厂商不积极配合美国产品安全局的调查，逃避主动对不安全产品产品负责任，应此市场负面影响和品牌负面影响非常的大。

EXHIBIT257-01

MJC 0013373

GREEDOJ_0036154
GOV-00055094

2) 自愿召回:

自愿召回是在当美国安全局对某产品是否有潜在不安全,会导致对消费者的生命和财产会造成威胁进行的调查过程前,或在对该产品进行调查过程中,该产品的生产商,进口商,批发商或零售商自愿召回不安全的产品。即使是自愿召回,产品的生产商,进口商,批发商或零售也必须向美国产品安全局申报不安全产品的原因和已知事故率,品牌型号,生产厂家,

生产年限,以及被召回的产品在市场上的流通量以及销售渠道。

通

常自愿召回厂商在召回前必须明确了解产品的不安全原因,以及是否不安全的产品波及全部产品,或不安全产品只涉及部分产品。如果不安全产品只涉及部分产品,

而该部分产品可用产品型号,产品生产日期,或产品序列号与其它安全产品区隔,那在自愿召回中,厂商可以只针对不安全产品进行召回,

从而大幅度减少召回的直接经济损失。

<u>召回直接经济损失</u>

由

于我们不知道格力因原材料所造成安全问题的除湿机涉及面有多广,不知道影响哪几年的产品,不知道除了除湿机外,其他产品如冷气机等是否会有相同的问题,也

不知如何将不安全的机种和其他不受影响的机种明确分割开来。

所以我们无法估计自愿召回的直接经济损。一般来说,直接经济损失与最终消费者把受影响的机器退回的数量直接有关。我们的经验是越早销售的产品,退回的百分

比越低。越近销售的产品,退回的百分比越高。退回的百分比与零售价也有关。贵的产品退回率比便宜的产品要高。我们估计平均退回率会在30%-60%之间。当年产品85%以上。

自愿召回每台机器的直接经济损失一般是产品零售价的130%-150%之间。消费者将得到的是100%的零售价格的补偿(包括消费者支付的零售税),30%-50%是其他涉及召回的费用。

如果某产品工厂中国出口的销售价是$100美元,平均美国零售的销售价格为出厂价的190%,美国的平均零售税为7%,

那么最终该产品的单机召回的经济损失会在$265-$305美元之间。

<u>召回的间接经济损失</u>

EXHIBIT257-02

MJC 0013374

GREEDOJ_0036155
GOV-00055095

在召回过程中，以下的召回程序会对工厂，品牌，客户和消费者造成负面影响。

1) 召回通告必须发送个每一个有地址记录的用户。
2) 召回通告必须名列在每一个零售商的网页上和零售店内。
3) 召回通告必须名列在每一个进口商和批发商的网页上。
4) 召回通告必须名列在美国产品安全局的的网页上。
5) 美国主要新闻媒体和与产品有关的杂志必须刊登召回通告。

召回通告的内容必须包括：

1) 使用该产品将会引起的事故说明，
2) 产品品牌，型号，
3) 产品销售数量，及销售涉及的范围，
4) 进口商/国外生产厂商总部地址，
5) 如果继续使用该产品可能出现/造成的现象，及对人体和财产的影响，
6) 经销商的名字，销售时间，销售价位。

(请参照 CPSC 附件 18-24页)

召回引起的负面影响会帮助我们的竞争对手夺取我们现在已经占有的美国市场，以及增加我们今后开拓美国新市场的难度。召回也会让我们现有的客户怀疑格力产品质量的可靠性，进而导致取消我们现在已经拿到的2013年的订单。

<u>自愿召回的注意事项</u>

如果自愿召回部分产品，召回面必须覆盖全部有同样安全问题的产品。在美国一旦召回通告问世，召回厂商就会是众矢之的，竞争对手，律师，客户和独立试验室都会对该厂商的产品进行取样测试。如果他们的测试发现有漏报，虚报，谎报，或不报的因素，他们必然会向美国产品安全局举报或投诉。其结果将会引起民间共同起诉，(律师利用所有的客户向生产商，进口商，批发商或零售商来起诉)和政府强制性的大规模召回，以及其他法律程序。其经济损失和市场品牌的后果将不堪设想。

我们很希望 格力尽快提供安全问题的除湿机涉及面的具体资料，越早越好 我们可以和美国产品安全局(CPSC)来进行自愿召回，减少损失。我们也有完善的法律，市场及处理召回的团队来配合。

谢谢。

EXHIBIT257-03

MJC 0013375

GREEDOJ_0036156
GOV-00055096

Charley

EXHIBIT257-04

MJC 0013376

GREEDOJ_0036157
GOV-00055097

Simon Chu

From: CALLOH@aol.com
Sent: Fri 9/14/2012 5:12 PM (GMT-00:00)
To: Simon Chu
Cc:
Bcc:
Subject: Fwd: hh@gree.com.cn
Attachments: RECALL_HANDBOOK.pdf

---

From: calloh@aol.com
To: larry@gree.com.cn
Sent: 9/13/2012 8:46:52 P.M. Pacific Daylight Time
Subj: hh@gree.com.cn

Dear Larry,

Attached please find the reply for Mr. Huang and let me know if you need further information. The CPSG recall handbook is also attached.

Thanks.

Charley

Dear Mr. Huang,

According to your direction, we made an analysis on the direct economic loss and the effect on our market position that the recall may cause.

**Product recall**

    In USA, there are two ways of product recall:

1) Mandatory recall.

    In case any product has any risk potential, which is found out by the Consumer Product Safety Commission (CPSC), that may threaten life and property of customer, and the producer, importer, wholesaler or retailer of the product is unwilling to recall the product in a voluntary way or cooperate with CPSC on the safety investigation;

    Or, they attempt to hide the safety accident of the product;

    CPSC is entitled to recall the product in a mandatory way. The scope of recall will include the entire series of the product and lead to an expensive recall cost. At the mean time, a mandatory recall implies that the producer did not cooperate with CPSC on the safety investigation and escaped from its responsibility, the negative effects on its market position and brand would be severe.

MJC 0013 EXHIBIT 257-05

GREEDOJ_0036158
GOV-00055098

2) Voluntary recall.

Voluntary recall means that before or during the investigation of CPSC on whether any product has any risk potential that may threaten life and property of customer, the producer, importer, wholesaler or retailer of the product is willing to recall the faulty product in a voluntary way. Even if it is a voluntary recall, the producer, importer, wholesaler or retailer of the product must report the reason, known accident rate, brand, model, producer, production period of the faulty product as well as the turnover and marketing channel to CPSC.

Generally, before the voluntary recall, the producer must find out the reason, and whether all or partial products are involved. If only partial products are involved, these partial products can be separated from other safe products by product model, production date or product serial number. In a voluntary recall, the producer may only recall the faulty products, so as to significantly reduce the direct economic loss of recall.

Direct economic loss of recall

We do not know that how many GREE dehumidifiers are involved because of raw material problems, products produced in which years are affected, whether other products such as air conditioner have the same problem, and how to separate the faulty products from other unaffected products correctly.

Therefore, we can not estimate the direct economic loss of voluntary recall. Generally speaking, the direct economic loss is directly related to the quantity of affected products returned by the customer finally. Our experience is that the product is sold earlier, the percentage of return is lower; and vice versa. The percentage of return is also related to the retail price. The return rate of expensive product is higher than that of the cheap product. We estimate that the average return rate will be 30%-60% and the products produced in the current year account for 85%.

The direct economic loss of voluntary recall for each machine is normally 130%-150% of the product retail price. 100% of the retail price will be paid to the customer as a compensation (including the retail sales tax paid by the customer), and 30%-50% of the retail price is the recall cost.

If the sales price of a product exported from the factory in China is $100, the average retail sales price in USA is 190% of the factory price and the average retail sales tax is 7%, then the economic loss for recalling one machine is $265-$305.

Indirect economic loss of recall

During the process of recall, the following recall measures will cause negative effects on our factory, brand, client and customer.

1) The recall notice must be sent to every user with address record.
2) The recall notice must be listed on the website and in the retail shop of every retailer.
3) The recall notice must be listed on the website of every importer and wholesaler.
4) The recall notice must be listed on the website of CPSC.
5) The recall notice must be published on the major news media and magazines related to the product.

The contents of recall notice must include:

1) Description of accident that will be caused by using the product;
2) Brand and model of the product;
3) Sales quantity and range of the product;
4) Address of importer/foreign producer headquarters;
5) Problems and effects on human body and property that might be occurred/caused by continuing to use the product;
6) Name of dealer, sales time and sales price.

(Refer to page 18-24 of CPSC attachment)

The negative effects caused by recall will help our competitors to occupy our existing market in USA and increase the difficulty to open the new market in USA in future. The recall will also make our existing customers doubt the reliability of GREE product quality, and then cancel the orders we have got in 2013.

**Notes of voluntary recall**

If a voluntary recall of partial products is made, the recall must cover all products with the same safety problem. In USA, once the recall notice is issued, the producer of recall will become the target of public criticism, and the competitors, attorneys, customers and independent laboratories will take samples for testing. If any errors are found by them, they will report or complain to CPSC, which will cause nongovernmental class action (the attorney will encourage all the customers to prosecute the producer, importer, wholesaler or retailer) and governmental mandatory large-scale recall and other legal procedures. The economic loss and effect on market brand will be severe.

We hope that GREE will provide the detailed information of faulty products ASAP. We can carry out the voluntary recall together with CPSC to reduce the loss.

We also have the perfect teams of laws, market and recall handling to coordinate with you.

Thank you.

Charley

MJC 0015376 EXHIBIT257-08

GREEDOJ_0036161
GOV-00055101



# CERTIFICATION OF TRANSLATION
AFFIDAVIT FOR TRANSLATION OF SAID DOCUMENT

American Language Services, a company specializing in the translation of documents, certifies the following:

- American Language Services has retained a professional translator for the attached English into Simplified Chinese document. The document is referred to as:

"GREE0051050- GREE0051051, GREE0153511- GREE0153513, GREE0153440, GREE0153525-GREE0153526, GREE0158260, GREE0084476- GREE0084477, GREE0153434-GREE153435, GREE0153465-GREE153469, MJC0013373-MJC0013376 MJC0028145-MJC28146"

- I affirm that such translation has been prepared by a duly qualified translator, who has confirmed that such translation is, to the best of their knowledge and belief, a true and accurate translation in Simplified Chinese of the corresponding English document.

- I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Notwithstanding the foregoing affirmations, no liability is assumed for errors and omissions in the translation of the attached document.

- Executed on this Third day of February, 2015, at Los Angeles, California.

DINA SPEVACK, DIRECTOR
AMERICAN LANGUAGE SERVICES

1849 SAWTELLE BLVD. SUITE 600 LOS ANGELES, CALIFORNIA 90025
TEL (310) 829-0741 FAX (310) 829-3222
translation@alsglobal.net
www.alsglobal.net

EXHIBIT257-09

GREEDOJ_0036162
GOV-00055102

**CALIFORNIA PROOF OF EXECUTION BY SUBSCRIBING WITNESS**
**CIVIL CODE § 1195**

State of California
County of Los Angeles } ss.

On February 3, 2015, before me, Stephen Demirgian, Notary Public,
personally appeared Alan Weiss (Name of Subscribing Witness), proved to me to be the person whose name is subscribed to the within instrument, as a witness thereto, on the oath of Jay Herzog (Name of Credible Witness Who Identifies Subscribing Witness), a credible witness who is known to me and provided a satisfactory identifying document. Alan Weiss (Name of Subscribing Witness), being by me duly sworn, said that he/she was present and saw/heard

(1) Dina Spevack (Name of Absent Principal Signer)
(and
(2) _____ (Name of Absent Principal Signer))

"GREE0051050- GREE0051051, GREE0153511-GREE0153513, GREE0153440, GREE0153525-GREE0153526, GREE0158260, GREE0084476

the same person(s) described in and whose name(s) is/are subscribed to the within or attached instrument in his/her/their authorized capacity(ies) as (a) party(ies) thereto, execute or acknowledge executing the same, and that said affiant subscribed his/her name to the within or attached instrument as a witness at the request of

(1) Dina Spevack (Name of Absent Principal Signer (Again))
(and
(2) _____ (Name of Absent Principal Signer (Again)))

WITNESS my hand and official seal.

*[Notary seal: STEPHEN DEMIRGIAN, Commission # 2030158, Notary Public - California, Los Angeles County, My Comm. Expires Jul 18, 2017]*

Signature of Notary Public: /s/ Stephen Demirgian

Place Notary Seal and/or Stamp Above

———— OPTIONAL ————

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: See above
Document Date: See attached
Number of Pages: 24   Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item # 5908

EXHIBIT257-10