# EXHIBIT E

```
1    A     Yes, in China -- in China market.
2    Q     Right.  And so you understand it is not 100 percent owned
3    by the Chinese government, correct?
4    A     Correct.
5    Q     Okay.  Now, you are a U.S. citizen, correct?
6    A     Yes.
7    Q     And we saw yesterday your family is also in this country,
8    right?
9    A     Yes.
10   Q     And you understood that you and your company had a legal
11   duty under United States law to report to the Consumer Product
12   Safety Commission if you thought one of these products
13   presented a danger to U.S. consumers, correct?
14   A     Correct.
15   Q     All right.  It's a legal duty here in the country where
16   you reside, correct?
17   A     Yes.
18   Q     All right.  And in this case, you filed this lawsuit
19   against Gree in June of 2013, right?
20   A     Yes.
21   Q     Okay.  And so you had a legal duty to report to the CPSC,
22   correct?
23               MR. ERIGERO:  Asked and answered.
24               THE COURT:  Overruled.
25               THE WITNESS:  Yes.
```