# EXHIBIT F

```
1    A    Yeah, I think we should report.
2    Q    So you thought you should report, and Mr. Lam is saying
3    delay six to nine months.  Why didn't you report at this time?
4    A    Because we are really afraid because we are a small
5    company.  If really you have the recall, MJC is not here today.
6    Q    Why do you say that?
7    A    Because we already saw meaning of dehumidifier if recall
8    for us, Gree factory don't want to work with us, then we got to
9    destroy.
10   Q    Let me direct your attention to --
11            THE COURT:  Just for my clarification, just so I'm
12   clear, in September of 2012, you personally believed that there
13   should be a recall?
14            THE WITNESS:  Yes.
15            THE COURT:  Thank you.
16            MR. MARDER:  Well, the question was whether to
17   report, Your Honor, not whether to recall.  So I didn't ask
18   about a recall.
19            THE COURT:  I asked the witness, and he responded.
20            MR. MARDER:  I understand.  I just want to make sure
21   the witness wasn't confused, because I was asking about report.
22            THE WITNESS:  Yeah, it's for report to CPSC.
23            MR. MARDER:  May I ask the question, Your Honor?
24            THE COURT:  Please.
25            MR. MARDER:  Thank you, sir.
```

1  Q    You testified that you believed there should be a
2  reporting because of the concerns you stated you didn't report.
3  Did you think that there should be a recall at that time?
4  A    If in the time we find out they have a plastic it's not
5  UL-compliant, if really we report in that time, I think we will
6  have the recall.
7  Q    Let me direct your attention, sir, to another aspect of
8  this meeting.
9       At the bottom of the page 13, Your Honor, Exhibit 26.
10      Mr. Lam says here, he says, "Moreover, next year because
11 we have some improvement plan or further preliminary corrective
12 measures, we will start new production within two to three
13 months."
14      He says, "We think after production of new products the
15 end of this year or the beginning of next year, we will
16 distribute improved products to the market.  Just in case we
17 have to announce a voluntary recall next May or June or July,
18 test samples from the market are all improved products.  In
19 that case a recall will have a much lower impact overall."
20      Do you see that, sir?
21 A    Yes.
22 Q    You recall Mr. Lam making those statements at the meeting?
23 A    Yes.
24 Q    And what was your reaction to those statements?
25 A    For me is I don't think we should do that because this is

```
 1  a safety issue for U.S. consumer.
 2  Q    Let me direct your attention to another statement by
 3  Mr. Lam.
 4       This one appears at page 14 of Exhibit 26, Your Honor.
 5       Here Mr. Lam says -- he says, "We also wish to hear
 6  suggestions from Gree USA, and still want to pass on
 7  Manager Huang's opinion again that the company has placed great
 8  importance on the issue and hope we can find" -- "hope we can
 9  try our best to downplay the issue."
10       Do you see that?
11  A    Yes.
12  Q    Did you agree that the issue should be downplayed as
13  suggested by Mr. Lam?
14  A    No.  I repeat this is a safety issue.  I don't think we
15  should do that.
16  Q    Let me direct your attention to page 25 of the transcript,
17  Exhibit 26.  Larry is talking again, and here he says, "We hope
18  that Gree USA can consider our suggestion and see if we can do
19  this.  If we decide to do so, we can also work with you on
20  anything you think we need to agree on."
21       Do you see that?
22  A    Yes.
23  Q    Do you remember Mr. Lam making that statement?
24  A    I don't really remember.
25  Q    Okay.  Let's turn to page 26.  Mr. Lam makes another
```