| | |
|---|---|
| From: | larry@gree.com.cn |
| Sent: | Thursday, July 26, 2012 7:20 AM |
| To: | calloh@aol.com |
| Cc: | jane@greeusa.com; jimmy@greeusa.com; lizzygao@gree.com.cn; melissa@gree.com.cn; simon@greeusa.com; teresa@soleusair.com; tylerscott@att.net; surfingrhino@yahoo.com; wdc@soleusair.com.cn |
| Subject: | re:Catch fire on Gree dehum// urgent |

Dear Charley,

We also felt shock when we watched the video. We have passed it to the QC department to review at once and I have taken this video to our VP "C Mr. Huang to draw his immediate attention. We will give you the summary of the feedback from our engineers tomorrow. Meanwhile, as you mentioned below that it was the 3rd fire cases in 2 months, kindly share with us some more details of the other 2 cases.

We are serious about the fire case and we are aware of the huge impact may cause to Gree and Gree USA. We will definitely help you to investigate all the cases. Before our engineer "C Mr. Ju visiting to LA office, pls arrange your service team to discuss with Amelia, Shayne and Becky while they are all at LA office these 2 days. We would like obtain more information so that they can pass to our QC departments for further review or even arranging tests over this weekend.

Quality is always our first priority, thank you for keeping us posted any update.

Thanks & regards,
Larry


----------Original Message----------

>From : Charlie Loh <calloh@aol.com>
>To : larry@gree.com.cn, jane@greeusa.com, jimmy@greeusa.com, lizzygao@gree.com.cn, melissa@gree.com.cn, simon@greeusa.com, teresa@soleusair.com, tylerscott@att.net, surfingrhino@yahoo.com, wdc@soleusair.com.cn
>Subject: re:Catch fire on Gree dehum// urgent
>Date : 2012-07-26 12:11:27

> Dear Larry,
>This just come in today and it is very serious issue with GREE product quality and this is the third cases with fire in the last two months and this one is posted by the customer on the internet and it is scarey to just watch and I am afraid it ill cause the legal action against GREEUSA and we need the factory review the product and possibly find out what is the cause ?
>The quality issue this year has done lots of damages to Gree usa and also the reputation of Gree's product in the United States.
>Please be aware this could be the cause of recall from the stores and that will cost Gree and Gereeusa millions of money, the factory need to make sure all the quality issue before we promote Gree's product.
>Will keep you informed the case's status.
>Thanks and regards.
>Charley
>
>
>
>

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:19-cr-00193-DSF
UNITED STATES OF AMERICA
VS. SIMON CHU and CHARLEY LOH
PLAINTIFF'S EXHIBIT 030
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk