**Bo Chen**

| | |
|---|---|
| From: | Bo Chen |
| Sent: | Thu 8/09/2012 12:24 AM (GMT-00:00) |
| To: | Simon Chu; Jane Li |
| Cc: | |
| Bcc: | |

Subject: FW: re:Catch fire on Gree dehum// urgent

Lizzy,

Thank you for your report, but from the returned and burnt sample our technicians deduced that the burning was **caused by a large amount of heat generated by a partial short circuit of the compressor, and the overload protector failed to protect it.**
We are wondering if a big risk for fire exists if it only relies on the overload protector to control the problem of short circuit of the compressor?


Now combustion occurred not just in one unit. What we worry about the most is that if any customer files a complaint to the US Consumer Protection Center about us, we will be required to provide a detailed investigation report and a plan for improvement within a short period of time. Otherwise, all related products on the market would be required to be recalled, causing million-dollar losses.
Its consequence is too dreadful to contemplate. Therefore, we must identify possibility of the problems from different aspects and come up a very comprehensive report, just in case.


As to the machine that has been returned and damaged by fire, my question is, will there be an engineer coming for an inspection right away, or you want us to airship it back to the factory?

Thanks.

Bo Chen

Soleus International Inc.

Tel: 909.718.0478 x 155

Fax: 909.718.0468



**From**: lizzygao [mailto:lizzygao@gree.com.cn]
**Sent**: Wednesday, August 08, 2012 2:34 AM
**To**:  Bo Chen

**Cc:** larry@gree.com.cn; jane@greeusa.com; jimmy@greeusa.com; melissa@gree.com.cn; simon@greeusa.com; wdc@soleusair.com.cn; calloh@aol.com
**Subject:** Re: re:Catch fire on Gree dehum//urgent

Dear Bo

Please check the report.

Thanks

Lizzy

-----Original Message-----
**From:** Bo Chen

**To:** lizzygao

**Cc:** larry@gree.com.cn; jane@greeusa.com; jimmy@greeusa.com; melissa@gree.com.cn; simon@greeusa.com; wdc@soleusair.com.cn; calloh@aol.com;

**Sent:** Saturday, August 04, 2012 9:08 AM

**Subject:** RE re:Catch fire on Gree dehum// urgent

Hi Lizzy,

Has the test result became available?

Thanks.

Bo Chen

Soleus International Inc.

Tel: 909.718.0478 x 155

Fax: 909.718.0468

**From**: lizzygao [mailto:lizzygao@gree.com.cn]
Sent: Friday, July 27, 2012 1:07 AM
**To:** calloh@aol.com
**Cc:** larry@gree.com.cn; iane@greeusa.com; jimmy@greeusa.com; melissa@gree.com.cn; simon@greeusa.com; wdc@soleusair.com.cn; Bo Chen
**Subject**: Re: re:Catch fire on Gree dehum//urgent

Dear Charley

We have setup tests for the unit to find out any potential fire risk.  attached please find test plan,  we will keep you posted of test result.


Meanwhile, we expect to get further information of other 2 fire cases for review.

Thanks

Lizzy


This afternoon, test points were laid out on two test units. Test points laid out on one test unit:  inside the compressor cover, the compressor wiring, and the strong wire leading out to the electrical box.

Test points laid out on a second test unit: inside the fan wiring close to the area of the lead out wiring, and the fan wiring.

Test units have been requested, pending for review and approval by Direct Yu. Once review and approval are complete, test will be done on Monday.

----- Original Message-----

From:<larry@gree.com.cn>

To: <calloh@aol.com>

Cc: <iane@greeusa.com>; <jimmy@greeusa.com>; <lizzygao@gree.com.cn>; <melissa@gree.com.cn>; <simon@greeusa.com>; <teresa@soleusair.com>; <tylerscott@att.net>; <surfingrhino@yahoo.com>; < wdc@soleusair.com.cn>

Sent: Thursday, July 26, 2012 10:19 PM

Subject: re:Catch fire on Gree dehum// urgent

>Dear Charley,
>
> We also felt shock when we watched the video. We have passed it to the QC department to review at once and I have taken this video to our VP- Mr. Huang to draw
his immediate attention. We will give you the summary of the feedback from our engineers tomorrow. Meanwhile, as you mentioned below that it was the 3rd fire cases in 2 months, kindly share with us some more details of the other 2 cases.
>
>We are serious about the fire case and we are aware of the huge impact may cause to Gree and Gree USA. We will definitely help you to investigate all the cases. Before our engineer- Mr. Ju visiting to LA office, pls arrange your service team to discuss with Amelia, Shayne and Becky while they are all at LA office these 2 days. We would like obtain more information so that they can pass to our QC departments for further review or even arranging tests over this weekend.
>
> Quality is always our first priority, thank you for keeping us posted any update.

> Thanks & regards,
> Larry
>
>
>
> ------Original Message------

>>From : Charlie Loh<calloh@aol.com>
>>To    : larry@gree.com.cn,jane@greeusa.com, jimmy@greeusa.com, lizzygao@gree.com.cn, melissa@gree.com.cn, simon@greeusa.com, teresa@soleusair.com, tylerscott@att.net, surfingrhino@yahoo.com, wdc@soleusair.com.cn
> >Subject: re:Catch fire on Gree dehum// urgent
> >Date  : 2012 07-26 12:11:27
>
>> Dear Larry,
>>This just come in today and it is very serious issue with GREE product quality and this is the third cases with fire in the last two months and this one is posted by the customer on the

internet and it is scarey to just watch and I am afraid it ill cause the legal action against GREEUSA and we need the factory review the product and possibly find out what is the cause ?
>>The quality issue this year has done lots of damages to Gree usa and also the reputation of Gree's product in the United States.
>>Please be aware this could be the cause of recall from the stores and that will cost Gree and Gereeusa millions of money, the factory need to make sure all the quality issue before we promote Gree's product.
> >Will keep you informed the case's status.
> >Thanks and regards.
> >Charley
> >
> >
> >
> >
>
>
>