## Jimmy Loh

From: Charlie Loh
Sent: Tue 9/04/2012 5:41 AM (GMT 0)
To: larry@gree.com.cn
Cc: jimmy@greeusa.com
Bcc:
Subject: Re: Dehum case urgent

Dear Larry,
Thanks for telling us the solution how to answer the CPSC and our insurance company last weekend.
We have been taking this seriously since this issue could affecting GREEUSA's future and also our reputation in the States. This afternoon , we have tested the inventory from our warehouse, to our surprise , the result is not like what you have told us that may be few units involved and the result shows the units all can catch the fire and apparently the material is not according to UL standard!
I don't think the factory is telling us the fact and truth , and we will send the samples to the UL testing center in the States and make sure we are not making serous mistakes and will report to CPSC according to our insurance finding .
I am disappointed the factory is not telling us the real fact for such important issue and put Greeusa at great risk if we are misrepresenting the facts to the CPSC.
Hope we can have a conference tomorrow to further discuss this issue before we send our reply to CPSC in just one week.
Thanks and regards.
Charley



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:19-cr-00193-DSF
UNITED STATES OF AMERICA
VS. SIMON CHU and CHARLEY LOH
PLAINTIFF'S EXHIBIT 042
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk