# Jimmy Loh

| | |
|---|---|
| From: | CALLOH@aol.com |
| Sent: | Tue 9/04/2012 9:13 PM (GMT 0) |
| To: | larry@gree.com.cn |
| Cc: | jimmy@greeusa.com; simon@greeusa.com; tracy@greeusa.com; jane@greeusa.com; jian@greeusa.com |
| Bcc: | |
| Subject: | UI standard |
| Attachments: | 0253.avi |

Dear Larry,
As I told you yesterday and this is one clip we shot from our testing.
Looking forward to talking to you on today's conference.
Thanks and regards.
Charley



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:19-cr-00193-DSF
UNITED STATES OF AMERICA
VS. SIMON CHU and CHARLEY LOH
PLAINTIFF'S EXHIBIT 043
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk