Simon Chu:　越烧越大了，绝，绝对不阻燃的！
*[Tr: The fire is getting bigger and bigger, it's abso…absolutely not fire-retardant!]*

Voice 2: 嗯，它是助燃的.
[*Mmm. It is combustion enhancing instead.*]

Simon Chu:　对啊，因为塑料的东西，ABS 的东西嘛！
*[Tr: Exactly, because the plastic stuff, the ABS stuff, right*?]

