**Tracy Wong**

From: Charlie Loh
Sent: Sat 9/08/2012 5:50 AM (GMT-00:00)
To: larry@gree.com.cn
Cc: lizzygao@gree.com.cn; melissa@gree.com.cn; jimmyloh@aol.com; Tracy Wong; jane@greeusa.com; jian@greeusa.com; gordonzhang@gree.com.cn
Bcc:
Subject: Re: conference call for 9/4

Dear Larry,
Thanks for your email and also awaiting for your top management appointed person to have authority to discuss how to protect MJC's interests once this case going forward.
Please be noted the following areas should be covered once the person ready to discuss and should have solution for it.
1. Gree will responsible for all the fees associated with settlement of the case as you mentioned and what is the detail plan.( how and when)
2. If MJC management members get in legal trouble , what kind of compensation Gree will provide?
3. If MJC gets bankruptcy what kind of compensation Gree is to offer? How to compensate its officers?
4. What kind of Brand compensation Gree will think about for MJC?
I have mentioned this to Gordon on today's meeting and also stated this need to be resolved before we can move forward but the time clock is against us and if Gree is not reacting fast enough, We have no choice but to report what we know .
Thanks and regards.
Charley

-----Original Message-----
From: larry <larry@gree.com.cn>
To: CALLOH <CALLOH@aol.com>
Cc: lizzygao <lizzygao@gree.com.cn>; melissa <melissa@gree.com.cn>; jimmyloh <jimmyloh@aol.com>; tracy <tracy@soleusair.com>; jane <jane@greeusa.com>; jian <jian@greeusa.com>; gordonzhang <gordonzhang@gree.com.cn>
Sent: Thu, Sep 6, 2012 7:21 am
Subject: Re: conference call for 9/4

Dear Charley,

Your concerns are duly noted. We have revised the letter and stated that we would protect MJC instead of Gree USA. We agree to compensate the expenses associated with the settlement of the cases in timely manner. If you find anything you would like to revise and insert in the letter, pls let us know.

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:19-cr-00193-DSF
UNITED STATES OF AMERICA
VS. SIMON CHU and CHARLEY LOH
PLAINTIFF'S EXHIBIT 048
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Since our top management is out for business trip, we would report the request of authority when they come back next Monday. We are sure they would assign the appropriate person with the authority to sign with any agreement. If you have some specific requests for the agreement, you may also send to us to prepare the report in advance.

Again, you would be the single entity to reply insurance company and CPSC, we will provide the necessary supports of test records and technical information if you need any.

Thanks & regards,
Larry

----------Original Message----------

>From   : CALLOII@aol.com
>To     : larry@gree.com.cn, lizzygao@gree.com.cn, melissa@gree.com.cn, jimmylch@ao...com, tracy@soleusair.com, jane@greeusa.com, jian@greeusa.com.cn, gordonzhang@gree.com.cn
>Subject: Re: conference call for 9/4
>Date   : 2012-09-06 05:35:21

>
>Dear Larry,
>
>
>Thanks for your email and here is what we think Gree should be reacting at
>once:
>
>
>1. If Gree does not want to get recall , Gree must understand what kind
>potential risk is in
>MJC ( and with its officers) GREE has to responsible for all the cost and

>to make sure what to compensate MJC's potential risk at front . And  your
>attached letter did not address in detail with the compensation to  MJC.
>
>
>We have so many bad experiences with all the support MJC has  giving to
>Gree in the past few years and Gree never get some of the payback to  us or
>delay on many compensates Gree has agreed to pay for months and  years
>
>
>2.If Gree agrees to compensate MJC at timely manner before we  move forward
>, we will do our best as usual to reply our insurance company and  CPSC at
>Gree's interests.
>
>
>3.To resolve the cases process may takes months or years and  the most
>important thing for now is we need to have GREE to send top management  team
>member to have the authority to sign the agreement and make sure the MJC's
>protection (with its officers) in place and this should be done in a  week.
>
>
>This incident is for the products sold two years ago and it is  under MJC
>and Gree should not treat us as GREE's subsidiary and we will  selectively
>using our judgement to reply the insurance company and CPSC for the  interests

>of both MJC and GREE. We will not need technical support if what  listed
>above is not in agreement.
>
>
>Thanks and regards.
>
>
>Charley
>
>
>
>

>In a message dated 9/5/2012 7:01:05 A.M. Pacific Daylight Time,
>larry@gree.com.cn writes:
>
>Dear Charley,
>
>After the phone conference today, we have reported the key messages to the
>top management ỳ Mr. Huang.
>
>Herewith the instructions we got and would like to share with you.
>1.   Gree ZH HQ would not take the ??recall?? decision.
>2.   Gree ZH HQ would like to obtain the utmost support from Gree USA to
>resolve the claim and CPSC case with your experity and experiences. We will
>fully indemnify Gree USA for any expense and responsibility during the
>settlement of the issues with insurance company and CPSC. Attached pls find
>the written commitment for your review.
>3.   As mentioned on the phone conference, we will send Gordon Zhang to
>LA office tomorrow and work with your team in case you need any technical
>support and coordination with Gree ZH HQ. In addition, Mr. Ju of our
>engineering department also got the Visa today. We would send him to go with
>Gordon. Tentatively they will stay in LA office from Sept 7 ỳ 17. Since the visit
>is arranged urgently, we don??t have enough time to provide you with the
>detailed agenda today. We will send you tomorrow for your review.
>
>Pls let me know if you have any question.
>
>Thanks & regards,
>
>
>