TRANSLATED COPY

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:19-cr-00193-DSF
UNITED STATES OF AMERICA
VS. SIMON CHU and CHARLEY LOH
PLAINTIFF'S EXHIBIT 050A
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

## Simon Chu

| | |
|---|---|
| From: | CALLOH@aol.com |
| Sent: | Fri 9/14/2012 5:12PM (GMT-00:00) |
| To: | Simon Chu |
| Cc: | |
| Bcc: | |
| Subject: | Fwd: hh@gree.com.cn |
| Attachments: | RECALL_HANDBOOK.pdf |

---

From: calloh@aol.com
To: larry@gree.com.cn
Sent: 9/13/2012 8:46:52 P.M. Pacific Daylight Time
Subj: hh@gree.com.cn

Dear Larry,
Attached please find the reply for Mr. Huang and let me know if you need further information.
The CPSC recall handbook is also attached.
Thanks.
Charley

Distinguished Mr. Huang,

Per your order,
we are providing the following analysis regarding the direct financial losses a recall of the dehumidifiers may incur and its impact on our position on the market:

**Product Recall**

There are two types of product recalls in the United States:

1) Mandatory recall:

> When US Consumer Product Safety Commission (CPSC) discovers that a product is potentially unsafe and will pose a threat to consumers' life and properties, and when the manufacturer, importer, wholesaler, and retailer of the product are unwilling to voluntarily recall the product; Or the manufacturer, importer, wholesaler, or retailer of the product does not actively cooperate with the investigations conducted by the US Consumer Product Safety Commission into the safety of the product;
> Or if the manufacturer, importer, wholesaler, and retailer deliberately conceal accidents of the unsafe product, the US Consumer Product Safety Commission has the authority to order a mandatory recall of the product. Mandatory recalls are broad in scope, often affecting the entire product series, therefore very costly. Because mandatory recalls allude to manufacturers not actively cooperating with the US Consumer Product Safety Commission's investigation and evading responsibility for unsafe products, their negative impact on both the market and the brand is huge.

2) Voluntary recall:

> A voluntary recall is before the US Consumer Product Safety Commission starts to investigate if a product is potentially unsafe and if it will result in threats to consumers' lives and property, or during the investigation of the product, the manufacturer of the product, the importer, the wholesaler, and the retailer voluntarily recalls the unsafe product(s). Even if it is a voluntary recall, the manufacturer, importer, wholesaler, or retailer of the product must also report the cause of the unsafe product and the known rate of accidents, brand model, the manufacturer, year of production, and the quantity of distribution and sales channels of the recalled products on the market.
>
> Usually, before initiating a voluntary recall, the manufacturer must have a clear understanding of the reasons for the unsafe product, and if the unsafe product affects all products, or just part of the products. If the unsafe product only involves part of the products, and this part of the products can be distinguished and separated from other safe products by their product models, production dates, or serial numbers, then in the voluntary recall, the manufacturer may recall the unsafe product only, whereby greatly reducing the direct financial loss of the recall.

**The Direct Financial Losses of the Recall**

We don't know how many of Gree's dehumidifiers have the safety problems caused by raw materials, nor do we know which years are impacted. We also have no idea if products other than dehumidifiers, such as air conditioners, have the same problems, and we are not sure how to clearly separate the unsafe models from those that are unaffected either.
Therefore, we are unable to estimate the direct financial loss of a voluntary recall. In general, the direct financial loss is directly correlated to the number of affected units returned by end customers. Our experience is that the earlier the products are sold, the lower the rate of returns, and the more recent the sale, the higher the rate of returns. The rate of returns is also related to the retail price. Expensive products have a higher return rate than cheaper ones. We estimate that the average return rate would be between 30% and 60%, and [the return rate] is above 85% for products sold in that year.

The direct financial loss incurred by a voluntary recall for each unit is generally between 130% and 150% of the product's retail price. Consumers will be compensated 100% of the retail price (including retail tax paid by consumers), and the [remaining] 30% -50% are other costs incurred by the recall.

If the selling price of a product exported by a factory in China is $100 dollars, the average retail price in the US is 190% of the ex-factory price, and the average retail tax in the US is 7%.
then the final financial loss of that single unit from the recall will be between $265-$305.

**The Indirect Financial loss of the Recall**

In the process of a recall, the following recall procedures will have negative impacts on the factory, the brands, clients and consumers.

1) Recall notices must be sent to each customer with an address on record.
2) Recall notices must be listed on each retailer's website and in their retail stores.
3) Recall notices must be listed on the website of each importer and wholesaler.
4) Recall notices must be listed on the website of the US Consumer Product Safety Commission.
5) Major US news media and product-related magazines must carry the recall notices.

The recall notices must contain:

1) A description of the accidents that will result from the use of the product,
2) Product brand, model,
3) The quantity of products sold, and the scope of sales involved,
4) The address of the headquarters of the importer/foreign manufacturer,
5) The phenomena that may appear/be caused if one continues to use the product, and its impact on human body and properties.
6) The distributor's name, time of sale, and sales price.

(Please refer to pages 18-24 of the CPSC Handbook)

The negative impact caused by the recall will help our competitors seize the U.S. market we have already secured and increases the level of difficulty for us to develop new U.S. markets in the future. The recall will also make our existing customers call into question the reliability of the quality of the Gree products, which will further result in cancellation of the 2013 orders we have now already received.

**Points to Note for Voluntary Recalls**

If part of the products is voluntarily recalled, the recall must cover all products with the same safety problems. In the United States, once a recall notice is released, the recall manufacturer will become the target for all. Competitors, attorneys, customers, and independent laboratories will take products of the manufacturer as samples for testing. If their tests find that there are omissions, false reports, fake reports, or contents not reported, they will report those and file complaints to the US Consumer Product Safety Commission for sure. The result will be cause for civil class action lawsuits (attorneys using all their clients to sue manufacturers, importers, wholesalers, and retailers) and government-mandated massive recalls, and other legal proceedings. The consequences resulting from the financial loss and the marketing of the brand will be inconceivable.

We very much hope that Gree can provide the specific documents regarding the number of dehumidifiers having the safety problems as soon as possible, the earlier the better. We can initiate a voluntary recall with the US Consumer Product Safety Commission, to reduce damages. We also have a well-developed legal, marketing and recall team to work with.

Thanks.

TRANSLATED COPY

Charley