TRANSLATED COPY

```
U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:19-cr-00193-DSF
UNITED STATES OF AMERICA
VS. SIMON CHU and CHARLEY LOH
PLAINTIFF'S EXHIBIT 053A
DATE _____ IDEN.
DATE _____ EVID.
BY _____
           Deputy Clerk
```

Gov't Ex. 053A
Page 1 of 2

**Charley Loh**

| | |
|---|---|
| **From:** | HH [hh@gree.com.cn] |
| **Sent:** | Saturday, September 22, 2012 12:51 AM |
| **To:** | charley loh |
| **Subject:** | Re: Recall |

Charly:

How are you!

Gree's opinion has been clearly expressed. We think it is a fairly reasonable and feasible solution. [We] hope you consider it further and handle this matter in a safe and proper manner. Should you still insist on your own opinion on how to handle this matter, this has already exceeded my scope of authority and I have no authority to approve this decision. [I] hope you report the decision to Madam Dong and listen to her opinion.

Thank you!
Hui Huang


------Original Message-----
From:    charley loh
To:      hh@gree.com.cn
Cc:      dmz@gree.com.cn
Sent:    Friday, September 21, 2012 1:31 AM
Subject: Recall

Distinguished Mr. Huang*, how are you:

Today Director Lam* conveyed the following from both you and the headquarters regarding the dehumidifiers 1) the explanation of the safety issue; 2) cases of recalls by other major manufacturers; 3) and that the headquarters does not want to recall the dehumidifiers voluntarily; 4) the instruction that requests us to delay the date of the voluntary recall (to 6-9 months later) in case a recall eventually becomes inevitable.

Based on Director Lam and Engineer Ju's explanation and analysis of the current cases of dehumidifiers, it can be summed up into two points: 1) Since the factory lab is unable to replicate the environment of the causes, Gree is unable to confirm the real cause for the occurrence of the electrical arc in the overload protector of the compressor, and is even less able to confirm the distribution of the problem; 2) the fire retardant materials used in the casing of the dehumidifiers do not meet the UL standard, which is a fact. Therefore, we think the probability for live fire to occur potentially is still quite big. After careful consideration, we decide to follow the usual practice in the US, and file a truthful report to the relevant department next week.

Thank you!

Charley

*[Translator's note: Larry Lam's Chinese name "林浩刚" can either be spelt as "Haogang Lin" in the Mandarin spelling system used in mainland China or as "Hou Kong Lam" in the Cantonese spelling system used exclusively in Hong Kong. Since the Chinese always say their last name first, the two names sometimes appear as Lin Haogang or Lam Hou Kong.]