TRANSLATED COPY

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:19-cr-00193-DSF
UNITED STATES OF AMERICA
VS. SIMON CHU and CHARLEY LOH
PLAINTIFF'S EXHIBIT 056A
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Gov't Ex. 056A
Page 1 of 4

    From: CALLOH <CALLOH@aol.com>
      To: dmz <dmz@gree.com.cn>
      Cc: jimmy <jimmy@greeusa.com>
Subject: GREE
  Date: Fri, Sep 28, 2012 6:02 pm

Distinguished Chairwoman Dong Mingzhu,

Our computer system broke down since last Friday.  I wonder if you have received the letters dated 9/20 and 9/27.  I am sending them again.

Thanks.


Sept 20th

Distinguished Chairwoman Dong Mingzhu,

Director Lam* made a special trip to the US today and conveyed your discontent with Gree USA Sales Ltd.'s progress in promoting the Gree brand in the U.S. and with Gree USA Sales Ltd. paying relevant commission, market development expenses, after-sales service expenses, and management expenses via MJC, and your instruction of no longer using the PBG brand.  Regarding your most recent instruction and your discontent with Gree USA Sales, Ltd., as directors of Gree USA Sales, Ltd., we find your assessment of Gree USA Sales, Ltd. extremely unfair, and we feel sorry for the decision you have made.  Since its opening last year, Gree USA Sales, Ltd. has strictly fulfilled the joint venture operation contract between Gree China and MJC, and operated in full compliance with Gree USA Sales, Ltd.'s Articles of Incorporation; Board resolutions of the Gree USA Sales, Ltd; and under instructions from you, the Chairwoman. We hereby express our views and thoughts once again on branding and the operating model of the Sales company:

Operating Costs of the Sales Company:

In June 2011, Gree and MJC formed the joint venture of Gree USA Sales, Ltd.  In accordance with the principles of mutual benefit and reciprocity and leveraging small resources to maximize returns, its operation contract aims to expand Gree's US sales market with minimal investment risk, at the lowest operational cost and in the fastest manner, with a goal to rapidly enhance the Gree brand's name recognition among American consumers.  Gree USA Sales, Ltd. takes advantage of Gree's powerful production capability and MJC's reliable sales, management and after-sales service network it has established in the United States to achieve the desired results.  Today we can proudly say that: we have created a miracle in the business world. With a raised capital of only $80,000 US dollars (500,000 RMB), Gree USA Sales, Ltd.'s sales volume already reached 1,000,000,000 RMB in the first eight months of 2012. From its initial trial operation to present, a period of less than two years, the annual sales value of the Sales company already surpassed Haier by more than double its combined total annual sales value of air conditioners and dehumidifiers in the United States.

However, running a business requires capital and profit making is the end purpose of every business. In general, for a Sales company to develop and thrive in the United States, its gross profit should be around 25%-30%.  Based on our operation contract and to improve efficiency and reduce the operating cost of the Sales company, Gree USA Sales, Ltd. only needs to pay MJC a working capital of 14%-16% to cover rent, employee payroll, advertising, sales commissions, labor welfare insurance and after-sales services.  In the first eight months of 2012, Gree USA Sales, Ltd. only paid MJC US$8.47 million in working capital, a mere 6% of the total sales value, far lower than the amount promised on the contract. (The difference is at least more than $9 million US dollars), but MJC still managed to do everything that a Sales company is supposed to do, because we deeply believe that our cooperation with Gree is long-term and promising.

Due to continuous problems with the quality of the Gree products this year, the profit originally due to Gree USA Sales company has been eaten up by various items designated by the factory, consumer returns and customer chargebacks, so on and so forth.  As of the end of August, Gree USA Sales company's loss had exceeded $400,000 US dollars (2.4 million RMB). To add insult to injury, Gree, with the capital injection of a mere $40,000 US dollars, not only wanted to achieve the goal of promoting the Gree brand, but also intends to take over the foundation of business MJC established over a period of more than ten years.  If you wish to have Gree USA Sales company to own all the employees of MJC and its management, sales and after-sales service platform in the US, Gree should pay to acquire MJC. Then Gree can take full control of the entire operation of the Gree USA Sales company in the United States.

<u>The Gree Brand</u>

The Gree brand lacked name recognition in the United States. In order to prevent it from falling to a low-end brand like Haier in the US, with your permission, Gree USA Sales company registered the "Soleus Powered By Gree" (PBG) brand and also positioned "Soleus Powered By Gree" (PBG) as a low price point Gree product. High-end and professional light industrial products are already using the brand of "Gree" in entering the US market.  To enhance the visibility of the Gree brand, and to emphasize and make the Gree brand stand out even more, we intentionally chose the bright color design for the word of Gree, while the design for Soleus is just in light grey. Our design in product packaging has always had good reviews from customers (we have result of market research as proof). In the past two years, the headquarters did not even pay a penny to cover the cost of marketing, but [we are] able to make the Gree brand visible to more than 2 million consumers in the US when they shop for Gree products and even more people see the Gree brand on the packaging of Gree products when shopping in the supermarkets. Using the PBG brand has also helped the Gree products sell in the US at a price 10%-15% higher than using the Gree brand. On the matter of using the brand, we made timely reports to the headquarters every step of the way. A few months ago when we heard about your instruction of accelerating the promotion of the Gree brand in the United States, we sent you a letter on July 26 (See attachment for details), proposing a marketing solution to the use of the Gree brand across board in the US and its feasibility analysis. Since we did not receive any response to our proposal from the headquarters, we just went ahead and followed the original branding policy to fight for orders for 2013.

To date, Gree USA Sales company has won orders with a value of close to 1,000,000,000 RMB for year 2013. Per customers' request, these orders will also be using the PBG brand, and all the orders have corresponding contracts signed as well. If we are to request customers to change the brand name now, the customers will demand a compensation of 10%-15% price difference in brand recognition (70,000,000 to 100,500,000 million RMB), or they might totally refuse our request for changing the brand.

If Gree fails to manufacture pursuant to the contract and refuses to ship, Gree USA Sales Ltd. will be assessed heavy penalties.  The reputation and business relationships Gree has built amongst its US customers will be destroyed overnight. The beneficiaries will be Gree's competitors such as Midea, Haier and LG. The one who suffers the biggest loss in the end will be --Gree.

Charley Loh & Jimmy Loh

September 20, 2012


Distinguished Chairwoman Dong Mingzhu,

Recently, we have received complaints about the incidents of Gree dehumidifiers catching fire one after another. Some consumers have lodged their complaints directly to the CPSC. A preliminary investigation concluded that the fire was caused by overheating from the fault in the compressor and the parts, plus live fire caused by the dehumidifier's plastic casing that did not use fire-retardant materials that meet UL standard. We have also learned further that, none of the fire-retardant materials used on millions of Gree dehumidifiers sold in the United States in the past several years have met the UL standard.

During the past month, we had intense consultations with the headquarters and its designated representatives on how to handle this matter. No consensus has been reached to date. If this incident is not handled properly, Gree may face the largest recall of air conditioners and dehumidifiers ever in the history of the United States. Gree has already received orders for year 2013, either from Gree USA Sales company or from GE OEM. All these orders will face the possibility of being cancelled. And lawsuits filed by other customers and consumers will also be immeasurable. Gree's loss on the books is estimated to be exceeding $100 million.

As required by the US government, recall notices must be published on all well-known media outlets in the United States and must also advise that, continued use of this product(s) will result in personal, life and property losses. The US government will inform the Chinese Ministry of Commerce as well to coordinate with the recall. Such large-scale and widespread publicity and media coverage will seriously tarnish the reputation of "Quality First" Gree has built over the many years in the United States and other regions and countries of the world, as well as your good image and position as the supreme leader of Gree. The purpose of Gree making investment in gigantic advertisements at the Times Square in the United States to elevate its corporate image will also be irrevocably lost. What's more, the recall will give Gree's competitors an opportunity to take advantage of, to challenge Gree's dominant position in the industry of air conditioners.

We must respond to the inquiry from CPSC within a short period of time. If we can't achieve a consensus with the headquarters, we must report unilaterally to the U.S. government; Once the report is presented to the U.S. government, the situation will not be up to us to exercise any control, nor can it be reversable. Given the critical nature of this matter and pressure on time, we ask that you be sure to come in person to provide supervision and have the incident resolved as early as possible.

Jimmy Loh
Charley Loh

9/27/2012

[Translator's note: Director Lam's Chinese name "林浩刚 " can be spelt either as "Hao Gang Lin" in Pinyin, the Mandarin spelling system used in mainland China or as "Hou Kong Lam" in Wade-Giles, the spelling system used in Hong Kong where Cantonese is the official language. Since in the Chinese culture, the family name always goes first when saying or writing a person's name, Director Lam's name is also spelt as "Lin Hao Gang" or Lam Hou Kong" depending on which phonetic system is used. Sometimes first names, if consisting of two Chinese characters, are usually spelt together as one word in mainland China. For example, "Haogang Lin." All these different spellings seen on some of the documents are acceptable and correct.]