# Bo Chen

From: Bo Chen
Sent: Tue 11/06/2012 5:44 PM (GMT-00:00)
To: Jane Li
Cc: 'Mjc-Charley,'
Bcc:
Subject: FW: investigation of the dehumidifier
Attachments: 12101278-001.pdf

Hi Jane,

Attached is the test report on the defect dehum unit Gavin took back, 2009 Menard model. Report result favors us.

Please kindly advice next step.

Thanks.

Bo Chen

Soleus International, Inc.

Tel: 909.718.0478 x 155

Fax: 909.718.0468

From: Gordon Wu [mailto:wdc@soleusair.com.cn]
Sent: Monday, November 05, 2012 6:25 PM
To: Bo Chen
Subject: 转发: investigation of the dehumidifier

GORDON WU



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:19-cr-00193-DSF
UNITED STATES OF AMERICA
VS. SIMON CHU and CHARLEY LOH
PLAINTIFF'S EXHIBIT 066
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Soleus Commercial Consulting (Shanghai) Co.,Ltd
Storey 5 building 396 lane 1555 West Jinshajiang Road

Shanghai,China 200333
Direct:86-21-33512933

Tel:86-21-39009529 Ext. 618
E-mail:wdc@soleusair.com.cn
       wdcsoleusair@yahoo.com.cn


发件人: Kerry Chen Intertek [mailto:kerry.chen@intertek.com]
发送时间: 2012年11月6日 9:27
收件人: wdc@soleusair.com.cn
主题: investigation of the dehumidifier


吴工,


你好,附件是除湿机的报告,请查收,谢谢!


Best regards!

Kerry Chen

Phone: +86 21-61278369

**Intertek**

Building NO.86,1198 Qinzhou Road(North),Caohejing Development Zone,Shanghai,P. R.China
上海市钦州北路1198号86号楼 200233

Fax     : 021-54262365*369

E-mail : kerry.chen@intertek.com

MSN: kerry-cxm@hotmail.com

www.intertek-etlsemko.com

Valued Quality. Delivered.

CONFIDENTIALITY NOTICE

This email may contain confidential or privileged information, if you are not the intended recipient, or the person responsible for delivering the message to the intended recipient then please notify us by return email immediately. Should you have received this email in error then you should not copy this for any purpose nor disclose its contents to any other person.

http://www.intertek.com



Building No.86, 1198 Qinzhou Road
(North), Shanghai 200233, P. R. China
Telephone: +86 021-61278200
Facsimile:  +86 021-54262367
www.intertek.com

November 5, 2012

Evaluation Report No. SH12101278-001
Project No. SH12101278

Mr. Wu Daochun
Soleusair International Inc.

Ph: +86 21-39009529

Email: wdc@soleusair.com.cn

Subject: Evaluation of the Dehumidifiers, model SG-DEH-45-1 and SG-DEH-45-1A

Dear Mr. Wu Daochun,

This report represents the results of the evaluation and tests of the above referenced equipment to the requirements contained in the following standards:

UL 474, 9th edition, rev. November 13, 2009

This investigation was authorized by Mr. Wu Daochun signed application QSH121031013, dated October 31, 2012. Defective sample, S/N 55010000893 (model SG-DEH-45-1), and production sample, S/N 66240000278 (model SG-DEH-45-1A) were received on October 30, 2012 and evaluated from October 31, 2012 to November 2, 2012 and tested at the Intertek Testing Services Shanghai facility. Two models are identical except for internal control code.

We regret to inform you that several non-compliances to the standard(s) have been identified. To assist you in modifying your equipment to meet the requirements, we have outlined each item below for you. Each item is preceded by the clause of the applicable standard.

1. Clause 4.6 requires that a switch, lampholder, receptacle, plug connector, or other electrical component shall be secured in position and prevented from turning. During our evaluation it was found that thermal protector for compressor is not securely mounted therefore not able to sense overload temperature properly. It is hold by thin rim of rubber material to touch top of the compressor which has a spherical surface. The contact area is not large enough and not regarded reliable under the condition of high temperature and vibration.

2. During our evaluation the production sample was supplied by 120V, 60Hz and put into a chamber which maintains at 40C dry bulb and 80% R.H. to simulate overload condition, it is found that the compressor is thermally protected and cycles in app. every 40 minutes. This is not a non-compliance just for the purpose of verification.

3. Rating label of the compressor in defective sample appears yellow indicates the compressor works abnormally for quite long time. The rubber material mention in item 1 became harden and distorted, the sleeving on internal wire is brittle, wire insulation also shows some features of being damaged. Thermal protector is estimated to be tipped too frequently and finally became in-operative and render the compressor continuously run in extreme high temperature.

In responding to these items, please number your responses in accordance with the numbering in this letter report. Responding in this way assures that all responses are properly identified.

Page 1 of 4

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only the sample tested. This report by itself does not imply that the material, product or service is or has ever been under an Intertek certification program.

      

Intertek Testing Services NA, Inc.

SD 12.1.2 8/10/10) Informative



Soleusair International Inc.

Evaluation Report SH12101278-001
Issued on November 5, 2012

Please note, this report is only for the purpose of evaluation according to client's request, a modified sample will not be required to be submitted to Intertek.

This report completes our evaluation.

If there are any questions regarding the results contained in this report, or any of the other services offered by Intertek, please do not hesitate to contact the undersigned.

Please note, this Evaluation Report does not represent authorization for the use of any Intertek certification marks.

| Completed by: | Zephyr Huang | Reviewed by: | Jim Zhao |
|---|---|---|---|
| Title: | Sr. Tech. Supervisor | Title: | HA Manager |
| Signature: | *Zephyr Huang* | Signature | *[signature]* |

Page 2 of 4

Intertek Testing Services NA, Inc.

SD 12.1.2 (8/10/10) Informative



Soleusair International Inc.

Evaluation Report SH12101278-001
Issued on November 5, 2012

Front and rear side




Rating label of the defective sample, S/N 55010000893



Product photo (continued):

Page 3 of 4

Intertek Testing Services NA, Inc.

SD 12.1.2 (8/10/10) Informative



Soleusair International Inc.

Evaluation Report SH12101278-001
Issued on November 5, 2012

Compressor side of the defective sample (protector cover is removed), S/N 55010000893




The thin rim of rubber gasket is used to clamp protector in position

Compressor side of the production sample (protector cover is removed)




-- End of Report --

Page 4 of 4

Intertek Testing Services NA, Inc.

SD 12.1.2 (8/10/10) Informative