TRANSLATED COPY

```
U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:19-cr-00193-DSF
UNITED STATES OF AMERICA
VS. SIMON CHU and CHARLEY LOH
PLAINTIFF'S EXHIBIT 074A
DATE _____ IDEN.
DATE _____ EVID.
BY _____
        Deputy Clerk
```

Gov't Ex. 074A
Page 1 of 4

|  |  |
|---|---|
| **From:** | Charley Loh <charley@soleusair.com> |
| **Sent:** | Thursday, November 29, 2012 6:49 PM |
| **To:** | Gordon Zhang <gordonzhang@gree.com.cn> |
| **Cc:** | Jimmy Loh <jimmy@soleusair.com> |
| **Subject:** | RE: I would like have a call with you |
| **Attach:** | gordon11-29-12-(2).docx |

Dear Gordon,
Please see my reply to your email and call me if you have issue.
Thanks and regards.
Charley Loh

**From:** Gordon Zhang [mailto:gordonzhang@gree.com.cn]
**Sent:** Wednesday, November 28, 2012 7:08 PM
**To:** Charley Loh
**Subject:** Re: I would like have a call with you

Dear Charley,
Thanks for your time for the call.
Here enclosed the minites what we have talked.
Please input your comments.

thanks and Best Regards,

Gordon

----- Original Message -----
**From:** charley@soleusair.com
**To:** Gordon Zhang
**Sent:** Wednesday, November 28, 2012 2:42 PM
**Subject:** Re: I would like have a call with you

Dear Gordon,
Pleaser call me you time night from 11:30
or in the morning your time after 8:00-10:00 am . You can reach me at my cellular 6266650208 or in your morning for my office at 909 7180478x115 thanks.
Charley
Sent via BlackBerry by AT&T

**From:** Gordon Zhang <gordonzhang@gree.com.cn>
**Date:** Tue, 27 Nov 2012 14:57:13 +0800
**To:** Charley Loh<charley@soleusair.com>
**Subject:** I would like have a call with you

Dear Charley,

I would like have a call with you,would you please me know your call no.and your estimate available time.

Best Regards,Gordon

Gordon:

After having the conference call with you, I feel extremely disappointed with your response, or the so-called solution [you] offered to address the problem. In our discussions during the past several weeks we have emphasized repeatedly on how to handle and prevent unnecessary incidents from happening. Originally, I had expected that you can coordinate in between and have this incident handled as quickly as possible. It seems that your coordination has not achieved the desired result, so much so that as of right now, the Gree headquarters and MJC have not reached a basic consensus on how to handle the existing incidents of product catching fire.

MJC's attorney(s) have warned us that even if the company faces bankruptcy, we must immediately submit to the US Consumer Product Safety Commission the details of the product accidents we already know, the investigation into the accidents we have conducted and the test report from an independent testing center we commissioned, to avoid the possibility of MJC's top leaders suffering from legal sanctions by the law of the U.S. and thereby minimize damages to our personal reputation and assets.

I will reiterate again that once these materials are submitted, it will result in enormous direct financial losses to both MJC and Gree USA and the destiny of facing bankruptcy. Since we are unable to see Gree's integrity in cooperation, we must truthfully report to the US Consumer Product Safety Commission, to prevent the top leaders of MJC from suffering from legal liabilities in both civil and criminal actions. By doing this, the top leaders of MJC can continue to conduct business in the United States.  Of course, both MJC and Gree USA will seek financial compensation through legal channels for damages caused by quality problems of the Gree products.  I think you are also very clear and do understand that this will result in enormous financial and reputational damages to Gree that are several tens of times greater than [the worth of] MJC and Gree USA.  And Gree will also be giving up your position as the leader in China's air-conditioner industry to your competitors and your position in the US market will suffer a setback of more than five years.

Of course, our premise is that we are still willing to solve this problem through win-win. Therefore, we expect to receive a clear answer by December 10th, preferably a complete statement laying out in detail how to protect the interests of our company and those of our own individually. Jimmy and I are waiting to discuss and negotiate about this incident with leaders of the Gree headquarters at any time. If they are unable to make it to the US soon, Jimmy and I are also willing to talk with this leader in Hong Kong.

We already have a preliminary solution. Please call me for discussion in detail.

Charley Loh

Below are my responses to some issues raised on the phone.

For years, having integrity has been the principle in conducting our business. This is also obvious to all. We have also been doing our utmost to defend the reputation of the Gree brand and its products. Not only has the Gree headquarters refused to support [us], but it is also, on the contrary, questioning our integrity in approaching the problem, which is not the best way to handle problems.

1. Gree USA's achievement in sales in the recent three years was built entirely based on the sales platform established by MJC over so many years. The factory has never covered any costs to promote the Gree brand or has helped us win a greater share of sales on the market of the Americas.
2. In the past two years, the Gree headquarters has failed to keep its own promise to support the survival and development of Gree USA and MJC.
3. The losses Gree USA and MJC have suffered this year are caused directly by elements of Gree's product quality and a sharp increase in indirect costs (failure to deliver products on time). But the factory, even to this day, is still unwilling to take responsibilities, or propose any good solutions.
4. After the major accident happened, more than three months have lapsed as of today. The Gree headquarters is still not willing to share the real reason and data for failure to comply with safety regulations, instead, it is having us face and endure pressure from various aspects and investigation. May I ask, where is [your] integrity?

Re: Response to matters outside the topic:

1. The purpose we continue to take sales orders is that we want to keep our existing sales channels, and not allow them to flow to competitors.
2. The reason we have stopped selling smaller size models in the current stage is to prevent problems from happening beforehand and to eliminate all potential problems that may occur and spin further. This is also a consideration over minimizing losses for the company.